IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>    Plaintiff<br><br>    v.<br><br>**LARRY JONES,**<br>    Defendants | )<br>)<br>) No. 20 CR 309<br>) Judge Kendall<br>) Magistrate Valdez<br>)<br>) |

## DEFENDANT'S MOTION FOR SUBSTITUTION OF ATTORNEYS

Defendant, Larry Jones ("Defendant"), by and through attorney, James D. Tunick (hereafter "Counsel") respectfully moves this Honorable Court to enter an order granting Defendant a substitution of attorneys, granting Counsel leave to file his appearance instanter and permitting the withdrawal of CJA Panel attorney, Robert Loeb, who was previously appointed to represent Defendant. In support of this motion, Counsel states as follows.

1. Attorney Robert Loeb was previously appointed to represent Defendant and represented Defendant at his initial appearance and in preparation for his detention hearing

2. Counsel was contacted by Defendant's family over the weekend of June 26-27, 2020, and in the late afternoon of June 29, 2020 was retained to represent Defendant.

3. As such, Counsel is seeking leave to file his appearance instanter and to substitute in for Defendant's previous attorney.

1

**WHEREFORE**, Defendant, Larry Jones, respectfully requests that this Honorable Court enter an order granting James D, Tunick leave to file his appearance in this matter instanter and granting attorney Robert Loeb leave to withdraw in this matter.

Respectfully Submitted,

/s James D. Tunick
James D. Tunick

**Law Offices of James D. Tunick**
James D. Tunick
30 N. La Salle St.
Suite 2140
Chicago, IL 60602
Tel. (312)759-7626
Fax (312)580-1839