UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LARRY JONES, a/k/a "Lil Larry" | Case No. 20 CR 309-1<br><br>Judge Virginia M. Kendall |

**INFORMATION STATING PREVIOUS CONVICTION
TO BE RELIED UPON IN SEEKING INCREASED PUNISHMENT**

The United States of America, by its attorney, John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, hereby files this Information Stating Previous Conviction to Be Relied Upon in Seeking Increased Punishment pursuant to Title 21, United States Code, Section 851(a).

In the event the defendant LARRY JONES is convicted of an offense under Title 21, United States Code, Sections 841(a)(1) and 846, as charged in Counts 1 and 8-9 of the Indictment in this case, the United States shall seek increased punishment pursuant to Title 21, United States Code, Section 841(b) based upon the following conviction for a serious violent felony, as defined in Title 21, United States Code, Section 802(58):

Before the defendant committed the offenses charged in Counts 1 and 8-9 of the Indictment in this case, the defendant had a final conviction for a serious violent felony, namely, a conviction in Case Number 97 CR 1538201 (Circuit Court of Cook County, Illinois) for attempted murder, in violation of 720 ILCS 5/9-1(a)(1), for which he served more than 12 months of imprisonment.

WHEREFORE, the government gives notice that defendant has at least one prior conviction for a serious violent felony, and thus:

(a) The sentence upon his conviction for the offense under Title 21, United States Code, Sections 841(a)(1) and 846 charged in Count 1 of the Indictment in this case shall include a term of imprisonment of not less than 10 years and not more than life, a fine not to exceed $8,000,000, and a term of supervised release of at least 8 years up to and including any number of years, including life, pursuant to Title 21, United States Code, Section 841(b)(1)(B).

(b) The sentence upon his conviction for the offenses under Title 21, United States Code, Section 841(a)(1) charged in Counts 8-9 of the Indictment in this case shall include a term of imprisonment of not more than 30 years, a fine not to exceed $2,000,000, and a term of supervised release of at least 6 years up to and including any number of years, including life, pursuant to Title 21, United States Code, Section 841(b)(1)(C).

Dated: July 13, 2020

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: */s/ Grayson Sang Walker*
JOHN D. MITCHELL
GRAYSON SANG WALKER
Assistant United States Attorneys
United States Attorney's Office
219 South Dearborn, 5th Floor
Chicago, Illinois 60604
(312) 353-5300