IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 20 CR 309 |
| LARRY JONES, ) | |
| ) | Judge Virginia M. Kendall |
| Defendant. ) | |

## MOTION TO MODIFY THE CONDITIONS OF DEFENDANT JONES' BOND TO PLACE HIM ON A CURFEW AS DIRECTED BY PRETRIAL SERVICES

Defendant Larry Jones, by his attorney, Phillip A. Turner, respectfully requests that this court enter an order modifying the conditions of defendant Jones' bond to place him on a curfew as directed by Pretrial Services. In support of this motion, defendant states the following:

1. After the hearing on defendant's motion to change his third party custodian and his location, counsel conferred with Pretrial Services Officer, Samuel Schroeder, regarding any recommendations by Pretrial Services regarding the conditions of defendant's bond.

2. Pretrial Services recommends that the conditions of defendant's bond be modified to place him on a curfew with his hours established by Pretrial Services.

Wherefore, defendant respectfully requests that this Court enter an order modifying the conditions of defendant's bond to place him on a curfew with his hours to be established by Pretrial Services.

>
> Respectfully submitted,
> Phillip A. Turner
> /s/Phillip A. Turner
> Attorney for defendant
> 20 North Clark Street
> Suite 3300
> Chicago, Illinois 60602
> 312-899-0009

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that in accordance with Fed.R.Civ.P.5, LR 5.5 and the General Order on Electronic Case Filing (ECF), the following document:

**MOTION TO MODIFY THE CONDITIONS OF DEFENDANT JONES' BOND TO PLACE HIM ON A CURFEW AS DIRECTED BY PRETRIAL SERVICES**

was served pursuant to the district court's ECF system as to ECF filers.

Respectfully submitted,

Phillip A. Turner_____
Phillip A. Turner
Attorney for defendant
20 North Clark Street
Suite 3300
Chicago, Illinois 60602
312-899-0009