## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| United States of America, Plaintiff(s), v. Larry Jones, Defendant(s). | Case No. 20 CR 309-1<br>Judge Virginia M. Kendall |

## ORDER

ORDER as to Larry Jones: Change of plea hearing held. Defendant enters plea of guilty to Counts 1 and 3 of the Indictment. The Court accepts a plea of guilty and enters Judgment. Enter Plea Agreement. Cause referred to the Probation Office for a presentence investigation. Sentencing set for 4/21/2023 at 12:30 p.m. Sentencing position papers due on or before 4/7/2023. The Court directs the disclosure of the Probation Department's sentencing recommendation to both Defendant and the Government. For the reasons as stated in open Court, Defendant's oral motion to remain out of custody is denied. Defendant is ordered detained and remanded into federal custody. Pursuant to 18 U.S.C. § 3664(d)(1), if restitution is being sought in this case, 60 days prior to the sentencing date, the Government shall provide the Probation Office and the courtroom deputy an electronic standardized spreadsheet (available on the Court's website) with a list of victims and their full current contact information. This list shall include any amounts subject to restitution. If the Government is not able to provide the full victim list 60 days prior to sentencing, they shall file a motion to request an extension of time to compile the information, to the extent permitted by 18 U.S.C. § 3664(d)(5).
(0:45)

Date: 1/19/2023

/s/ Virginia M. Kendall
United States District Judge