IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | 20 CR 309-1 |
| | ) | Judge Virginia M. Kendall |
| LARRY JONES, | ) | |

**NOTICE OF DECLINATION OF DISCLOSURE**

Defendant Larry Jones, by his attorney Phillip A. Turner, respectfully files this Notice of Declination of Disclosure so that this matter is of record.

The government has advised counsel for defendant Larry Jones that at the sentencing hearing in this matter, the government may present Dante Dockett and Jamar Spencer to give testimony adverse to defendant Jones. Mr. Dockett pleaded guilty in case number 19 CR 641-9 and Mr. Spencer pleaded guilty in case number 20 CR 309-3. Both cases are in this district. The government is in possession of presentence investigation reports as to Mr. Dockett and Mr. Spencer. Defendant Jones has made a written request to the government for the production of these reports to defendant Jones for use at the sentencing hearing pursuant to the *Brady* doctrine and its progeny, Rule 26.2 of the Federal Rules of Criminal Procedure and Title 18 United States Code Section 3500. Assistant United States Attorney John Mitchell has responded that he has reviewed both presentence investigation reports

1

and that he does not see anything in the respective reports which require disclosure of either report to defendant Jones pursuant to the *Brady* doctrine and its progeny or any rule or statute. Mr. Mitchell, on behalf of the government, has declined to produce the reports to defendant Jones. Defendant Jones has no other means by which he can obtain these reports.

    Respectfully submitted,
    <u>/s/ Phillip A. Turner</u>
    Phillip A. Turner
    Attorney for defendant
    20 North Clark Street
    Suite 3300
    Chicago, Illinois 60602
    312-899-0009
    pturner98@sbcglobal.net

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that the following document:

## **NOTICE OF DECLINATION OF DISCLOSURE**

was served in accordance with Fed.R.Crim.P. 49, and L.R.5.5, and the General Order on Electronic case Filing (ECF) pursuant to the district court's system as ECF filers.

Respectfully submitted,

/s/ Phillip A. Turner
Phillip A. Turner
Attorney for defendant
20 North Clark Street
Suite 3300
Chicago, Illinois 60602
312-899-0009
pturner98@sbcglobal.net