IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | 20 CR 309-1 |
| | ) | Judge Virginia M. Kendall |
| LARRY JONES, | ) | |

## OBJECTION TO THE GOVERNMENT'S PROPOSED WITNESSES, DANTE DOCKETT AND JAMAR SPENCER

Defendant Larry Jones, by his attorney Phillip A. Turner, respectfully submits the following as his objection to the government's proposed witnesses, Dante Dockett and Jamar Spencer.:

1. The government has told defendant that the government intends to present testimony of Dante Dockett and Jamar Spencer at defendant Jones's sentencing hearing.

2. The government has provided defendant with plea agreements, statements, grand jury testimony, specific incident case files and electronic materials. However, the government has stated that the materials have been redacted.

3. Defendant has not been advised by the government or received any filing indicating that the government has complied with Rule 26.2(c) of the Federal Rules of Criminal Procedure and 18 United States Code Section 3500(c) by providing the unredacted and the redacted materials to the court

1

for *in camera* inspection. Defendant does not want to wait to make this objection at the sentencing hearing in order to conserve the court's time.

Wherefore, defendant Jones objects to the government's proposed witnesses, Dante Dockett and Jamar Spencer.

                                      Respectfully submitted,
                                      /s/ Phillip A. Turner
                                      Phillip A. Turner
                                      Attorney for defendant
                                      20 North Clark Street
                                      Suite 3300
                                      Chicago, Illinois 60602
                                      312-899-0009
                                      pturner98@sbcglobal.net

# **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that the following document:

# **OBJECTION TO THE GOVERNMENT'S PROPOSED WITNESSES, DANTE DOCKETT AND JAMAR SPENCER**

was served in accordance with Fed.R.Crim.P. 49, and L.R.5.5, and the General Order on Electronic case Filing (ECF) pursuant to the district court's system as ECF filers.

                              Respectfully submitted,

                              /s/ Phillip A. Turner
                              Phillip A. Turner
                              Attorney for defendant
                              20 North Clark Street
                              Suite 3300
                              Chicago, Illinois 60602
                              312-899-0009
                              pturner98@sbcglobal.net