United States District Court
for the Northern District of Illinois



**FILED**
AUG 04 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| United States, Plaintiff | Docket Number 1:20-cr-00309-1 |
| v. | |
| Larry Jones, Defendant | The Honorable Virginia M. Kendall, Judge Presiding |

## Notice of Appeal

Larry Jones hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered on July 26, 2023, sentencing him to 188 months of incarceration. (Docket No. 206, 207).

DATED: August 2, 2023

Respectfully submitted,
/s/ Larry Jones



PAID
RECEIPT # 4624289439

AUG 04 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1