FILED

United States District Court
for the Northern District of Illinois

AUG 04 2023 UM

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States, Plaintiff       ]
                              ]
                              ]     Docket Number 1:20-cr-00309-1
v.                            ]
                              ]     The Honorable Virginia M. Kendall,
Larry Jones, Defendant        ]     Judge Presiding

## Notice of Appeal

Larry Jones hereby appeals to the United States Court of Appeals for

the Seventh Circuit from the final judgment entered on July 26, 2023, sentencing

him to 188 months of incarceration. (Docket No. 206, 207).

DATED: August 2, 2023

Respectfully submitted,

/s/   Larry Jones

PAID
RECEIPT # 4624289439

AUG 04 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1

# UNITED STATES DISTRICT COURT
## Northern District of Illinois

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| **v.** | ) | |
| | ) | |
| LARRY JONES | ) | Case Number: 1:20-CR-00309(1) |
| | ) | |
| | ) | USM Number: 55044-424 |
| | ) | |
| | ) | |
| | ) | Phillip Arnold Turner |
| | ) | Defendant's Attorney |

## THE DEFENDANT:

☒ pleaded guilty to count(s) 1 and 3 of the Indictment.

☐ pleaded nolo contendere to count(s)      which was accepted by the court.

☐ was found guilty on count(s)      after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| <u>Title & Section / Nature of Offense</u> | <u>Offense Ended</u> | <u>Count</u> |
|---|---|---|
| 21:846=Cd.F Conspiracy To Distribute Controlled Substance | 09/03/2019 | 1 |
| 18:1956-3300.F Money Laundering - Interstate Commerce | 09/03/2019 | 3 |

The defendant is sentenced as provided in pages 2 through 8 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☒ Count(s) remaining are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this District within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

July 20, 2023
Date of Imposition of Judgment

_Virginia M. Kendall_
Signature of Judge

Virginia M. Kendall, United States District Judge

Name and Title of Judge

7/25/2023
Date

DEFENDANT:  LARRY JONES
CASE NUMBER:  1:20-CR-00309(1)

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
One hundred eighty eight (188) months as to count 1 of the Indictment; one hundred eitghty eight (188) months as to count 3 of the Indictment. Terms to run concurrent for a total of one hundred eighty eight (188) months.

☒　　　　The court makes the following recommendations to the Bureau of Prisons: that the defendant participate in the Residential Drug and Alcohol Treatment Program (RDAP) while incarcerated; that the defendant be incarcerated at a facility with ample educational programs that is located close to Chicago, Illinois.

☒　　　　The defendant is remanded to the custody of the United States Marshal.

☐　　　　The defendant shall surrender to the United States Marshal for this district:

　　　　☐　　　at　　　on

　　☐　　as notified by the United States Marshal.

　　☐　　The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　　　　☐　　before 2:00 pm on

　　　　☐　　as notified by the United States Marshal.

　　　　☐　　as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows: _____

_____

Defendant delivered on _____ to _____ at_____, with a certified copy of this judgment.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MARSHAL

　　　　　　　　　　　　　　　　By　_____
　　　　　　　　　　　　　　　　　　　DEPUTY UNITED STATES MARSHAL

DEFENDANT: LARRY JONES
CASE NUMBER: 1:20-CR-00309(1)

# MANDATORY CONDITIONS OF SUPERVISED RELEASE PURSUANT TO 18 U.S.C § 3583(d)

Upon release from imprisonment, you shall be on supervised release for a term of:
Four (4) years term as to count 1 of the Indictment; three (3) years as to count 3 of the Indictment. Terms are to run concurrent for a total of four (4) years.

The court imposes those conditions identified by checkmarks below:

**During the period of supervised release:**

☒ (1) you shall not commit another Federal, State, or local crime.

☒ (2) you shall not unlawfully possess a controlled substance.

☐ (3) you shall attend a public, private, or private nonprofit offender rehabilitation program that has been approved by the court, if an approved program is readily available within a 50-mile radius of your legal residence. [Use for a first conviction of a domestic violence crime, as defined in **§ 3561(b).**]

☐ (4) you shall register and comply with all requirements of the Sex Offender Registration and Notification Act **(42 U.S.C. § 16913).**

☒ (5) you shall cooperate in the collection of a DNA sample if the collection of such a sample is required by law.

☒ (6) you shall refrain from any unlawful use of a controlled substance AND submit to one drug test within 15 days of release on supervised release and at least two periodic tests thereafter, up to 104 periodic tests for use of a controlled substance during each year of supervised release. [This mandatory condition may be ameliorated or suspended by the court for any defendant if reliable sentencing information indicates a low risk of future substance abuse by the defendant.]

# DISCRETIONARY CONDITIONS OF SUPERVISED RELEASE PURSUANT TO 18 U.S.C § 3563(b) AND 18 U.S.C § 3583(d)

**Discretionary Conditions —** The court orders that you abide by the following conditions during the term of supervised release because such conditions are reasonably related to the factors set forth in **§ 3553(a)(1)** and **(a)(2)(B), (C), and (D);** such conditions involve only such deprivations of liberty or property as are reasonably necessary for the purposes indicated in **§ 3553 (a)(2) (B), (C), and (D);** and such conditions are consistent with any pertinent policy statement issued by the Sentencing Commission pursuant to **28 U.S.C. 994a.**
The court imposes those conditions identified by checkmarks below:

**During the period of supervised release:**

☐ (1) you shall provide financial support to any dependents if you are financially able to do so.

☐ (2) you shall make restitution to a victim of the offense under **§ 3556** (but not subject to the limitation of **§ 3663(a)** or **§ 3663A(c)(1)(A)).**

☐ (3) you shall give to the victims of the offense notice pursuant to the provisions of **§ 3555,** as follows: ▨

☒ (4) you shall seek, and work conscientiously at, lawful employment or, if you are not gainfully employed, you shall pursue conscientiously a course of study or vocational training that will equip you for employment.

☐ (5) you shall refrain from engaging in the following occupation, business, or profession bearing a reasonably direct relationship to the conduct constituting the offense, or engage in the following specified occupation, business, or profession only to a stated degree or under stated circumstances; (if checked yes, please indicate restriction(s)) ▨.

☒ (6) you shall not knowingly meet or communicate with any person whom you know to be engaged, or planning to be engaged, in criminal activity and shall not:

☐ visit the following type of places: ▨.

☒ knowingly meet or communicate with the following persons: Jamar Spencer and Marsha Fountain.

☒ (7) you shall refrain from ☐ any or ☒ excessive use of alcohol (defined as ☒ having a blood alcohol concentration greater than 0.08; or ☐ ▨ ), and from any use of a narcotic drug or other controlled substance, as defined in **§ 102** of the Controlled Substances Act (**21 U.S.C. § 802**), without a prescription by a licensed medical practitioner.

☒ (8) you shall not possess a firearm, destructive device, or other dangerous weapon.

☒ (9) ☒ you shall participate, at the direction of a probation officer, in a substance abuse treatment program, which may include urine testing up to a maximum of 104 tests per year.

☒ you shall participate, at the direction of a probation officer, in a mental health treatment program, and shall take any medications prescribed by the mental health treatment provider.

☐ you shall participate, at the direction of a probation officer, in medical care; (if checked yes, please specify:

DEFENDANT: LARRY JONES
CASE NUMBER: 1:20-CR-00309(1)
.)

☐ (10) (intermittent confinement): you shall remain in the custody of the Bureau of Prisons during nights, weekends, or other intervals of time, totaling ▢ [no more than the lesser of one year or the term of imprisonment authorized for the offense], during the first year of the term of supervised release (provided, however, that a condition set forth in **§3563(b)(10)** shall be imposed only for a violation of a condition of supervised release in accordance with **§ 3583(e)(2)** and only when facilities are available) for the following period ▢ .

☐ (11) (community confinement): you shall reside at, or participate in the program of a community corrections facility (including a facility maintained or under contract to the Bureau of Prisons) for all or part of the term of supervised release, for a period of ▢ months.

☐ (12) you shall work in community service for ▢ hours as directed by a probation officer.

☐ (13) you shall reside in the following place or area: ▢ , or refrain from residing in a specified place or area: ▢ .

☒ (14) you shall not knowingly leave from the federal judicial district where you are being supervised, unless granted permission to leave by the court or a probation officer. The geographic area of the Northern District of Illinois currently consists of the Illinois counties of Cook, DuPage, Grundy, Kane, Kendall, Lake, LaSalle, Will, Boone, Carroll, DeKalb, Jo Daviess, Lee, McHenry, Ogle, Stephenson, Whiteside, and Winnebago.

☒ (15) you shall report to the probation office in the federal judicial district to which you are released within 72 hours of your release from imprisonment. You shall thereafter report to a probation officer at reasonable times as directed by the court or a probation officer.

☒ (16) ☒ you shall permit a probation officer to visit you ☒ at any reasonable time or ☐ as specified: ,
   ☒ at home   ☐ at work   ☒ at school   ☒ at a community service location
   ☒ other reasonable location specified by a probation officer
☒ you shall permit confiscation of any contraband observed in plain view of the probation officer.

☒ (17) you shall notify a probation officer within 72 hours, after becoming aware of any change in residence, employer, or workplace and, absent constitutional or other legal privilege, answer inquiries by a probation officer. You shall answer truthfully any inquiries by a probation officer, subject to any constitutional or other legal privilege.

☒ (18) you shall notify a probation officer within 72 hours if after being arrested, charged with a crime, or questioned by a law enforcement officer.

☐ (19) (home confinement)
   ☐ (a)(i) (home incarceration) for a period of __ months, you are restricted to your residence at all times except for medical necessities and court appearances or other activities specifically approved by the court.
   ☐ (a)(ii) (home detention) for a period of __ months, you are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the probation officer.
   ☐ (a)(iii) (curfew) for a period of __ months, you are restricted to your residence every day.
   ☐ from the times directed by the probation officer; or ☐ from __ to __.
   ☐ (b) your compliance with this condition, as well as other court-imposed conditions of supervision, shall be monitored by a form of location monitoring technology selected at the discretion of the probation officer, and you shall abide by all technology requirements.
   ☐ (c) you shall pay all or part of the cost of the location monitoring, at the daily contractual rate, if you are financially able to do so.

☐ (20) you shall comply with the terms of any court order or order of an administrative process pursuant to the law of a State, the District of Columbia, or any other possession or territory of the United States, requiring payments by you for the support and maintenance of a child or of a child and the parent with whom the child is living.

☐ (21) (deportation): you shall be surrendered to a duly authorized official of the Homeland Security Department for a determination on the issue of deportability by the appropriate authority in accordance with the laws under the Immigration and Nationality Act and the established implementing regulations. If ordered deported, you shall not remain in or enter the United States without obtaining, in advance, the express written consent of the United States Attorney General or the United States Secretary of the Department of Homeland Security.

☒ (22) you shall satisfy such other special conditions as ordered below.

☒ (23) You shall submit your person, property, house, residence, vehicle, papers [computers (as defined in 18 U.S.C. 1030(e)(1)), other electronic communications or data storage devices or media,] or other, to a search conducted by a United States Probation Officer(s). Failure to submit to a search may be grounds for revocation of release. You shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer(s) may conduct a search pursuant to this condition only when reasonable suspicion exists that you have violated a condition of your supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

☐ (24) Other:

DEFENDANT: LARRY JONES
CASE NUMBER: 1:20-CR-00309(1)

# SPECIAL CONDITIONS OF SUPERVISED RELEASE PURSUANT TO 18 U.S.C. 3563(b)(22) and 3583(d)

The court imposes those conditions identified by checkmarks below:

**During the term of supervised release:**

☐ (1) if you have not obtained a high school diploma or equivalent, you shall participate in a General Educational Development (GED) preparation course and seek to obtain a GED within the first year of supervision.

☐ (2) you shall participate in an approved job skill-training program at the direction of a probation officer within the first 60 days of placement on supervision.

☒ (3) if unemployed after the first 60 days of supervision, the probation office shall notify the Court to determine course of action.

☐ (4) you shall not maintain employment where you have access to other individual's personal information, including, but not limited to, Social Security numbers and credit card numbers (or money) unless approved by a probation officer.

☒ (5) you shall not incur new credit charges or open additional lines of credit without the approval of a probation officer unless you are in compliance with the financial obligations imposed by this judgment.

☒ (6) you shall provide a probation officer with access to any requested financial information requested by the probation officer to monitor compliance with conditions of supervised release.

☒ (7) within 72 hours of any significant change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments, you must notify the probation officer of the change.

☐ (8) you shall file accurate income tax returns and pay all taxes, interest, and penalties as required by law.

☐ (9) you shall participate in a sex offender treatment program. The specific program and provider will be determined by a probation officer. You shall comply with all recommended treatment which may include psychological and physiological testing. You shall maintain use of all prescribed medications.

    ☐ You shall comply with the requirements of the Computer and Internet Monitoring Program as administered by the United States Probation Office. You shall consent to the installation of computer monitoring software on all identified computers to which you have access and to which the probation officer has legitimate access by right or consent. The software may restrict and/or record any and all activity on the computer, including the capture of keystrokes, application information, Internet use history, email correspondence, and chat conversations. A notice will be placed on the computer at the time of installation to warn others of the existence of the monitoring software. You shall not remove, tamper with, reverse engineer, or in any way circumvent the software.

    ☐ The cost of the monitoring shall be paid by you at the monthly contractual rate, if you are financially able, subject to satisfaction of other financial obligations imposed by this judgment.

    ☐ You shall not possess or use at any location (including your place of employment), any computer, external storage device, or any device with access to the Internet or any online computer service without the prior approval of a probation officer. This includes any Internet service provider, bulletin board system, or any other public or private network or email system

    ☐ You shall not possess any device that could be used for covert photography without the prior approval of a probation officer.

    ☐ You shall not view or possess child pornography. If the treatment provider determines that exposure to other sexually stimulating material may be detrimental to the treatment process, or that additional conditions are likely to assist the treatment process, such proposed conditions shall be promptly presented to the court, for a determination, pursuant to **18 U.S.C. § 3583(e)(2),** regarding whether to enlarge or otherwise modify the conditions of supervision to include conditions consistent with the recommendations of the treatment provider.

    ☐ You shall not, without the approval of a probation officer and treatment provider, engage in activities that will put you in unsupervised private contact with any person under the age of 18, and you shall not knowingly visit locations where persons under the age of 18 regularly congregate, including parks, schools, school bus stops, playgrounds, and childcare facilities. This condition does not apply to contact in the course of normal commercial business or unintentional incidental contact

    ☐ This condition does not apply to your family members:     [Names]

    ☐ Your employment shall be restricted to the judicial district and division where you reside or are supervised, unless approval is granted by a probation officer. Prior to accepting any form of employment, you shall seek the approval of a probation officer, in order to allow the probation officer the opportunity to assess the level of risk to the community you will pose if employed in a particular capacity. You shall not participate in any volunteer activity that may cause you to come into direct contact with children except under circumstances approved in advance by a probation officer and treatment provider.

    ☐ You shall provide the probation officer with copies of your telephone bills, all credit card statements/receipts, and any other financial information requested.

DEFENDANT: LARRY JONES
CASE NUMBER: 1:20-CR-00309(1)

☐ You shall comply with all state and local laws pertaining to convicted sex offenders, including such laws that impose restrictions beyond those set forth in this order.

☒ (10) you shall pay to the Clerk of the Court any financial obligation ordered herein that remains unpaid at the commencement of the term of supervised release, at a rate of not less than 10% of the total of your gross earnings minus federal and state income tax withholdings.

☒ (11) you shall not enter into any agreement to act as an informer or special agent of a law enforcement agency without the prior permission of the court.

☒ (12) you shall pay to the Clerk of the Court $15,015, as repayment to the United States of government funds you received during the investigation of this offense. (The Clerk of the Court shall remit the funds to: Bureau of Alcohol, Tobacco, Firearms & Explosives, Attn: Budget Analyst, 175 West Jackson Boulevard, Suite 1500, Chicago, IL 60604.

☐ (13) if the probation officer determines that you pose a risk to another person (including an organization or members of the community), the probation officer may require you to tell the person about the risk, and you must comply with that instruction. Such notification could include advising the person about your record of arrests and convictions and substance use. The probation officer may contact the person and confirm that you have told the person about the risk.

☒ (14) You shall observe one Reentry Court session, as instructed by your probation officer.

☐ (15) Other:

DEFENDANT: LARRY JONES
CASE NUMBER: 1:20-CR-00309(1)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $200.00 | $.00 | $.00 | $.00 | $.00 |

☐ The determination of restitution is deferred until      . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to **18 U.S.C. § 3664(i)**, all nonfederal victims must be paid before the United States is paid.

☐ Restitution amount ordered pursuant to plea agreement $

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant **to 18 U.S.C. § 3612(f)**. All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to **18 U.S.C. § 3612(g)**.

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ the interest requirement is waived for the    .

    ☐ the interest requirement for the    is modified as follows:

☐ The defendant's non-exempt assets, if any, are subject to immediate execution to satisfy any outstanding restitution or fine obligations.

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: LARRY JONES
CASE NUMBER: 1:20-CR-00309(1)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A**   ☒   Lump sum payment of $200.00 due immediately.

        ☐   balance due not later than     , or

        ☐   balance due in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

**B**   ☐   Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C**   ☐   Payment in equal    *(e.g. weekly, monthly, quarterly)* installments of $    over a period of    *(e.g., months or years)*, to commence    *(e.g, 30 or 60 days)* after the date of this judgment; or

**D**   ☐   Payment in equal    *(e.g. weekly, monthly, quarterly)* installments of $    over a period of    *(e.g., months or years)*, to commence    *(e.g, 30 or 60 days)* after release from imprisonment to a term of supervision; or

**E**   ☐   Payment during the term of supervised release will commence within    *(e.g, 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**   ☐   Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>(including defendant number) | Total Amount | Joint and Several<br>Amount | Corresponding Payee, if<br>Appropriate |
|---|---|---|---|

**See above for Defendant and Co-Defendant Names and Case Numbers (*including defendant number*), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.**

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☐   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

APPEAL,VALDEZ

# United States District Court
## Northern District of Illinois - CM/ECF NextGen 1.7.1.1 (Chicago)
## CRIMINAL DOCKET FOR CASE #: 1:20-cr-00309-1
### Internal Use Only

| | |
|---|---|
| Case title: USA v. Jones, et al | Date Filed: 06/24/2020 |
| | Date Terminated: 07/25/2023 |

Assigned to: Honorable Virginia M. Kendall

## Defendant (1)

| | | |
|---|---|---|
| **Larry Jones**<br>*TERMINATED: 07/25/2023*<br>*also known as*<br>Lil Larry<br>*TERMINATED: 07/25/2023* | represented by | **Phillip Arnold Turner**<br>Law Offices of Phillip A. Turner<br>20 North Clark Street<br>Ste 3300<br>Illinois<br>Chicago, IL 60602<br>312-899-0009<br>Email: pturner98@sbcglobal.net<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Retained |
| | | **James D. Tunick**<br>Law Offices of James D. Tunick<br>650 N. Dearborn St<br>Suite 700<br>Chicago, IL 60654<br>773-425-1657<br>Email: jamestunick@gmail.com<br>*TERMINATED: 06/16/2021*<br>Designation: Retained |

| **Pending Counts** | **Disposition** |
|---|---|
| CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE (1) | The Defendant pleaded guilty to count(s) 1 and 3 of the Indictment. The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: One hundred eighty eight (188) months as to count 1 of the Indictment; one hundred eitghty eight (188) months as to count 3 of |

the Indictment. Terms to run concurrent for a total of one hundred eighty eight (188) months. The defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, you shall be on supervised release for a term of: Four (4) years term as to count 1 of the Indictment; three (3) years as to count 3 of the Indictment. Terms are to run concurrent for a total of four (4) years. Criminal Monetary Penalties. Schedule of Payments.

The Defendant pleaded guilty to count(s) 1 and 3 of the Indictment. The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: One hundred eighty eight (188) months as to count 1 of the Indictment; one hundred eitghty eight (188) months as to count 3 of the Indictment. Terms to run concurrent for a total of one hundred eighty eight (188) months. The defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, you shall be on supervised release for a term of: Four (4) years term as to count 1 of the Indictment; three (3) years as to count 3 of the Indictment. Terms are to run concurrent for a total of four (4) years. Criminal Monetary Penalties. Schedule of Payments.

MONEY LAUNDERING - INTERSTATE COMMERCE
(3)

### Highest Offense Level (Opening)

Felony

### Terminated Counts

CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE; 18:2
(2)

CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE; 18:2
(4)

CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE
(5)

### Disposition

Count(s) remaining are dismissed on the motion of the United States.

Count(s) remaining are dismissed on the motion of the United States.

Count(s) remaining are dismissed on the motion of the United States.

| | |
|---|---|
| CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE; 18:2 (6) | Count(s) remaining are dismissed on the motion of the United States. |
| CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE (7-8) | Count(s) remaining are dismissed on the motion of the United States. |
| CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE; 18:2 (9) | Count(s) remaining are dismissed on the motion of the United States. |

**Highest Offense Level (Terminated)**

Felony

**Complaints**

**Disposition**

None

**Plaintiff**

**USA**          represented by  **Grayson Sang Walker**
U.S. Attorney's Office
219 S. Dearborn St., 5th floor
Chicago, IL 60604
3126974091
Email: grayson.walker@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**John D. Mitchell**
United States Attorney's Office (NDIL - Chicago)
219 South Dearborn Street
Chicago, IL 60604
(312) 353-5159
Email: John.Mitchell@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Maureen McCurry**
United States Attorney's Office
219 South Dearborn Street
Chicago, IL 60604
312-353-5300
Email: maureen.mccurry@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**AUSA - Chicago**
United States Attorney's Office (NDIL - Chicago)
219 South Dearborn Street
Chicago, IL 60604
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Pretrial Services**
.
(312) 435-5793
Email:
ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov
*ATTORNEY TO BE NOTICED*
*Designation: Pretrial Services*

**Probation Department**
.
408-5197
Email: Intake_Docket_ILNP@ilnp.uscourts.gov
*ATTORNEY TO BE NOTICED*
*Designation: Probation Department*

**Jimmy Lorenzo Arce**
United States Attorneys Office
219 S. Dearborn
5th Floor
Chicago, IL 60604
(312) 353-8449
Email: Jimmy.Arce@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/24/2020 | 1 | INDICTMENT as to Larry Jones (1) count(s) 1, 2, 3, 4, 5, 6, 7-8, 9, Marsha Fountain (2) count(s) 1, 2, 9, Jamar Spencer (3) count(s) 1, 6. (td, ) (Entered: 06/25/2020) |
| 06/24/2020 | 🔒 2 | (Court only) UNREDACTED (SEALED) INDICTMENT as to defendant Larry Jones, Marsha Fountain, Jamar Spencer. (td, ) (Entered: 06/25/2020) |
| 06/24/2020 | 3 | DESIGNATION Sheet: FELONY (Category 3). (td, ) (Entered: 06/25/2020) |
| 06/24/2020 | 4 | MINUTE entry before the Honorable Beth W. Jantz as to Larry Jones, Marsha Fountain, Jamar Spencer: To issue bench warrant. The Government will seek to have the defendants detained without bond pursuant to Title 18, United States Code, Section 3142 as to all three defendants. The District Court Clerk's Office is directed to disclose to the Assistant U.S. Attorney assigned to this case for the Government, the name of the judge, magistrate judge, and the docket number assigned to this case, in order to expedite arraignment of the defendant. |

| | | |
|---|---|---|
| | | Prior to sealing, the Government requests that 3 copies of the arrest warrant be provided to the Assistant U.S. Attorney Grayson Walker @ Grayson.walker@usdoj.gov and a copy to Investigating Law Enforcement Agent: ATF Agent Paul Daou @ Paul.Daou@atf.gov. This indictment is to remain sealed until the arrest of the defendant or until further order of the Court. (td, ) (Entered: 06/25/2020) |
| 06/24/2020 | 🔒 5 | BENCH WARRANT issued to U.S. Marshal as to Larry Jones. (td, ) (Entered: 06/25/2020) |
| 06/25/2020 | | ARREST of defendant Larry Jones (rp, ) (Entered: 07/01/2020) |
| 06/25/2020 | | ORAL MOTION by USA for detention as to Larry Jones (rp, ) (Entered: 07/01/2020) |
| 06/25/2020 | 13 | ORDER as to Larry Jones: Initial appearance proceedings held. By agreement and consent of all the parties and pursuant to the CARES Act, all parties appear by teleconference. Defendant appears in response to arrest on 06/25/2020. Defendant informed of his rights. Attorney Robert Loeb is granted leave to appear on behalf of defendant. Defendant informed of the charges against him as well as of the possible sentence/fine if convicted of those charges. The Government's oral motion for pretrial detention is entered and continued. Detention hearing set for 06/30/2020 at 3:00 p.m. Members of the public and media will be able to call in to listen to this hearing. The call-in number is (888) 273-3658 and the access code is 2217918. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Arraignment proceedings held. Defendant acknowledges receipt of the Indictment; waives formal reading of the Indictment and enters a plea of not guilty to each count in which is named. Rule 16.1 (a) conference to be held by 07/02/2020. Pretrial motions to be filed by 07/16/2020. Response to be filed by 07/30/2020. Reply to be filed by 08/06/2020. Status hearing before Judge Kendall set for 08/20/2020 at 1:30 p.m. In the interest of justice, time is excluded from 06/25/2020 to and including 08/20/2020 pursuant to 18 USC 3161(h)(7). Defendant is hereby remanded into the custody of the United States Marshals Service and shall remain in custody until further order of the Court. Signed by the Honorable Beth W. Jantz on 6/25/2020. Mailed notice (rp, ) (Entered: 07/01/2020) |
| 06/26/2020 | 8 | MINUTE entry before the Honorable Beth W. Jantz: The Governmenet's oral motion to unseal this case is granted. The Clerk's Office is directed to unseal this case forthwith. Mailed notice. (rbf, ) (Entered: 06/30/2020) |
| 06/30/2020 | 11 | MOTION by Larry Jones to substitute attorney (Tunick, James) (Entered: 06/30/2020) |
| 06/30/2020 | 12 | ATTORNEY Appearance for defendant Larry Jones by James D. Tunick (Tunick, James) (Entered: 06/30/2020) |
| 06/30/2020 | 14 | ORDER as to Larry Jones: Detention hearing as to Larry Jones (1) held on 06/30/2020. By agreement and consent of all the parties and pursuant to the CARES Act, all parties appear by teleconference. Attorney Robert Loeb's oral |

| | | |
|---|---|---|
| | | motion to withdraw as counsel for defendant is granted. Attorney James Tunick's oral motion to substitute as counsel for defendant is granted. Attorney James Tunick is directed to file his appearance forthwith. Detention hearing continued to 07/02/2020 at 9:30 a.m. Members of the public and media will be able to call in to listen to this hearing. The call-in number is (888) 273-3658 and the access code is 2217918. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Defendant shall remain in custody pending further order of the Court. Signed by the Honorable Beth W. Jantz on 6/30/2020. Mailed notice (rp, ) (Entered: 07/01/2020) |
| 07/01/2020 | 17 | MINUTE entry before the Honorable Beth W. Jantz: Due to a scheduling conflict and by agreement of the parties, the detention hearing as to Larry Jones (1) currently set for 07/02/2020 will commence at 1:00 p.m. NOT 9:30 a.m. as previously scheduled. The Court thanks all the parties for their understanding and flexibility. PLEASE NOTE, TIME CHANGE ONLY. Members of the public and media will be able to call in to listen to this hearing. The call-in number is (888) 273-3658 and the access code is 2217918. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. (rbf, ) (Entered: 07/01/2020) |
| 07/02/2020 | 21 | MINUTE entry before the Honorable Beth W. Jantz: Evidentiary hearing and detention hearing as to defendant, Larry Jones (1) held on 07/02/2020. By agreement and consent of all parties and pursuant to the CARES Act, all parties appeared via teleconference. For the reasons stated on the record, the Government's oral motion for pretrial detention as to Larry Jones (1) is denied. The Court finds that there are a combination of conditions to reasonably assure the safety of the community as well as secure defendant's appearance at future court hearings. Enter Order Setting Conditions of Release. Defendant, Larry Jones (1) shall be released after completion of all paperwork and processing by the United States Marshals Service. (rbf, ) (Entered: 07/02/2020) |
| 07/02/2020 | 🔒 22 | Own Recognizance Bond as to Larry Jones in the amount of $ 4,500.00. (ph, ) (Entered: 07/06/2020) |
| 07/02/2020 | 🔒 23 | ORDER Setting Conditions of Release as to Larry Jones in amount of $ 4,500.00 Own Recognizance. Signed by the Honorable Beth W. Jantz on 7/2/2020. Mailed notice (ph, ) (Entered: 07/06/2020) |
| 07/10/2020 | 25 | ORDER as to Larry Jones, Marsha Fountain, Jamar Spencer Fifth Amended General Order 20-0012 IN RE: CORONAVIRUS COVID-19 PUBLIC EMERGENCY Signed by the Chief Judge Rebecca R. Pallmeyer on July 10, 2020. This Order does not extend or modify any deadlines set in civil cases. No motions may be noticed for in-person presentment; the presiding judge will notify parties of the need, if any, for a hearing by electronic means or in-court proceeding. See attached Order. Signed by the Honorable Rebecca R. Pallmeyer |

| | | on 7/10/2020. Mailed notice. (clerk1, Docket) (Entered: 07/10/2020) |
|---|---|---|
| 07/13/2020 | 26 | INFORMATION stating previous conviction to be relied upon in seeking increased punishment by USA for notice of intent as to Larry Jones *(851 notice)* (Walker, Grayson) (Docket text modified by Clerk's Office) Modified on 7/14/2020 (bg, ). (Entered: 07/13/2020) |
| 07/13/2020 | 🔒 | (Court only) ***Motions terminated as to Larry Jones, Marsha Fountain, Jamar Spencer: 27 MOTION by USA for notice of intent as to Jamar Spencer *(851 notice)* filed by USA, 26 MOTION by USA for notice of intent as to Larry Jones *(851 notice)* filed by USA. (bg, ) (Entered: 07/14/2020) |
| 07/15/2020 | 28 | PRETRIAL Bail Report as to Larry Jones (SEALED) (Dominguez, Daniel) (Entered: 07/15/2020) |
| 08/04/2020 | 30 | MOTION by Larry Jones for extension of time *to file pre-trial motions.* (Tunick, James) (Entered: 08/04/2020) |
| 08/05/2020 | 31 | NOTICE by James D. Tunick of Change of Address (Tunick, James) (Entered: 08/05/2020) |
| 08/06/2020 | 32 | MINUTE entry before the Honorable Virginia M. Kendall as to Larry Jones. Defendant's Motion Motion for extension of time to file Pretrial Motions 30 is granted. Pretrial motions to be filed by 10/6/2020. Response to be filed by 10/20/2020. Reply to be filed by 10/27/2020. Status hearing before Judge Kendall set for 11/4/2020 at 9:30 AM. In the interest of justice, time is excluded to 11/4/2020 pursuant to Title 18, Section 3161(h)(7). Mailed notice (lk, ) (Entered: 08/06/2020) |
| 08/24/2020 | 36 | MOTION by Larry Jones to modify conditions of release */unopposed motion to extend curfew hours on August 30, 2020* (Tunick, James) (Entered: 08/24/2020) |
| 08/26/2020 | 37 | MINUTE entry before the Honorable Virginia M. Kendall as to Larry Jones. Defendant's Unopposed Motion for modification of bond extending curfew hours on 8/30/2020 36 is granted. Defendant's conditions of release are modified to extend his curfew hours from 11:00 a.m.-9:30 p.m. on 8/30/2020. Mailed notice (lk, ) (Entered: 08/26/2020) |
| 09/15/2020 | 38 | MOTION by Larry Jones to modify conditions of release *to change home confinement to curfew as directed by US Pretrial Services with electronic monitoring* (Tunick, James) (Entered: 09/15/2020) |
| 09/16/2020 | 39 | MINUTE entry before the Honorable Virginia M. Kendall as to Larry Jones. Teleconference Motion Hearing set for 9/22/2020 at 9:30 AM. Defense Counsel shall make arrangements for Defendant Jones to appear via Teleconference. Prior to the conference call, Please click on this hyper link: https://teleconference.uc.att.com/ecm/?bp=4044432170&mac=2413900 to take you to Judge Kendall's telephone conference login. From there, join conference As Guest, ENTER YOUR NAME, Type the digits in the picture, Click on the Call Me option and fill in your phone number (no hypens) and NAME. If you do not have access to a computer Dial: (877)848-7030, the access code is: 2413900#. Given the increased volume of users that is anticipated, we ask that you keep your phone on mute until your case is called. Please also remember to SAY YOUR NAME EACH AND EVERY TIME BEFORE YOU SPEAK. If Parties have issues being heard or hearing, please log off and either call in or |

| | | log back in. Mailed notice (lk, ) (Entered: 09/16/2020) |
|---|---|---|
| 09/22/2020 | 41 | MINUTE entry before the Honorable Virginia M. Kendall as to Larry Jones. Teleconference Motion hearing held on 9/22/2020. Oral argument heard regarding Defendant's Motion to modify conditions of release from home confinement to curfew as directed by US Pretrial Services with electronic monitoring 38 . Defendant's Motion 38 is denied for reasons as stated in open Court. Mailed notice (lk, ) (Entered: 09/23/2020) |
| 11/03/2020 | 42 | MINUTE entry before the Honorable Virginia M. Kendall as to Larry Jones. Status hearing set for 11/4/2020 at 9:30 AM stands and will proceed via Teleconference. Prior to the conference call, Please click on this hyper link: https://teleconference.uc.att.com/ecm/?bp=4044432170&mac=2413900 to take you to Judge Kendall's telephone conference login. From there, join conference As Guest, ENTER YOUR NAME, Type the digits in the picture, Click on the Call Me option and fill in your phone number (no hypens) and NAME. If you do not have access to a computer Dial: (877)848-7030, the access code is: 2413900#. Given the increased volume of users that is anticipated, we ask that you keep your phone on mute until your case is called. Please also remember to SAY YOUR NAME EACH AND EVERY TIME BEFORE YOU SPEAK. The Court is also asking that speaker phone not be used. Please consider the sound quality when utilizing certain devices. If Parties have issues being heard or hearing, please log off and either call in or log back in. Mailed notice (lk, ) (Entered: 11/03/2020) |
| 11/04/2020 | 44 | MINUTE entry before the Honorable Virginia M. Kendall as to Larry Jones. Teleconference Status hearing held on 11/4/2020. Defendant Jones appeared via Teleconference. Defense Counsel reports Discovery has been received, but more time is needed for review. Pretrial Motions shall be due by 12/21/2020. Response due by 1/6/2021. Reply due by 1/13/2021. Teleconference Status hearing set for 1/19/2021 at 9:30 AM. By agreement of parties and pursuant to Title 18 U.S.C., Section 3161(h) (7)(B)(iv), time is hereby excluded to 1/19/2021 for the filing and review of Pretrial Motions. Mailed notice (lk, ) (Entered: 11/04/2020) |
| 12/11/2020 | 50 | ATTORNEY Appearance for defendant Larry Jones by Phillip Arnold Turner (Turner, Phillip) (Entered: 12/11/2020) |
| 12/11/2020 | 51 | MOTION by Larry Jones for extension of time *to file pre-trial motions.* (Tunick, James) (Entered: 12/11/2020) |
| 12/15/2020 | 52 | MINUTE entry before the Honorable Virginia M. Kendall as to Larry Jones. Defendant's Unopposed Motion for extension of time to file Pretrial Motions 51 is granted. Pretrial Motions shall be due by 2/22/2021. Response due by 3/8/2021. Reply due by 3/15/2021. Teleconference Status hearing reset for 3/22/2021 at 9:30 AM. Prior to the conference call, Please click on this hyper link: https://teleconference.uc.att.com/ecm/?bp=4044432170&mac=2413900 to take you to Judge Kendall's telephone conference login. From there, join conference As Guest, ENTER YOUR NAME, Type the digits in the picture, Click on the Call Me option and fill in your phone number (no hypens) and NAME. If you do not have access to a computer Dial: (877)848-7030, the access code is: 2413900#. Given the increased volume of users that is anticipated, we ask that you keep your phone on mute until your case is called. Please also remember to SAY YOUR NAME EACH AND EVERY TIME |

| | | |
|---|---|---|
| | | BEFORE YOU SPEAK. The Court is also asking that speaker phone not be used. Please consider the sound quality when utilizing certain devices. If Parties have issues being heard or hearing, please log off and either call in or log back in. By agreement of parties and pursuant to Title 18 U.S.C., Section 3161(h)(7)(B)(iv), time is hereby excluded to 3/22/2021 for the filing and review of Pretrial Motions. Mailed notice (lk, ) (Entered: 12/15/2020) |
| 02/15/2021 | 55 | MOTION by Larry Jones to modify conditions of release (Turner, Phillip) (Entered: 02/15/2021) |
| 02/18/2021 | 56 | MINUTE entry before the Honorable Virginia M. Kendall as to Larry Jones. Teleconference Motion Hearing set for 2/24/2021 at 9:30 AM regarding Defendant's Motion to Modify Conditions of Release 55 . Prior to the conference call, you are directed to click on this hyper link: https://teleconference.uc.att.com/ecm/?bp=4044432170&mac=2413900. Once you are on Judge Kendall's teleconference page, you are directed to join the conference as A GUEST. It is imperative that you ENTER YOUR NAME and click on the CALL ME option. Fill in your phone number (no hypens) and NAME. You are directed to use the CALL ME option because your name will appear for the Judge and the Court Reporter and they will better be able to discern who is speaking. If you do not have access to a computer Dial: (877)848-7030, the access code is: 2413900#. Given the increased volume of users that is anticipated, you are directed to mute your phone until your case is called. In spite of using the CALL ME option please also remember to SAY YOUR NAME EACH TIME YOU SPEAK so that the record of the proceedings is accurate. You are directed not to use the speaker phone function and to test the sound quality of your listening and speaking device in advance. If you experience an issue being heard or hearing, please log off and either call in or log back in.The Court prefers that you use the procedure that requires that the system calls your phone and you enter your name so that the Court and the Court reporter can see who is speaking during the hearing. Mailed notice (lk, ) (Entered: 02/18/2021) |
| 02/22/2021 | 57 | MINUTE entry before the Honorable Virginia M. Kendall as to Larry Jones. On the Court's own Motion due to Naturalization Ceremony, Teleconference Motion hearing set for 2/24/2021 is reset for 10:30 AM (PLEASE NOTE TIME CHANGE ONLY). Mailed notice (lk, ) (Entered: 02/22/2021) |
| 02/22/2021 | 59 | PRETRIAL Status Report as to Larry Jones (SEALED) (Schroeder, Samuel) (Entered: 02/22/2021) |
| 02/22/2021 | 60 | MOTION by Larry Jones for extension of time *To File Pretrial Motions* (Turner, Phillip) (Entered: 02/22/2021) |
| 02/23/2021 | 61 | ENTERED IN ERROR (lk, ). (Main Document 61 replaced on 2/23/2021) (lk, ). (Entered: 02/23/2021) |
| 02/23/2021 | 62 | MINUTE entry before the Honorable Virginia M. Kendall as to Larry Jones. By request of Parties, Motion hearing set for 2/24/2021 is reset for 3/5/2021 at 11:30 AM which will proceed via Video Conference. Members of the public and media will be able to call in to listen to this hearing. The call-in number is1-650-479-3207 and the call-in Access Code is 180 698 4009. Any party calling in is reminded to please mute their phones/devices. Counsel of record will receive an email invitation prior to the start of the video hearing with |

| | | instructions to join the video conference. Mailed notice (lk, ) (Entered: 02/23/2021) |
|---|---|---|
| 02/26/2021 | 64 | MINUTE entry before the Honorable Virginia M. Kendall as to Larry Jones. Defendant's Motion Motion for extension of time to file Pretrial Motions 60 is granted. Pretrial Motions shall be filed by 3/26/2021. Response due by 4/9/2021; Replies due by 4/16/2021. Status hearing set for 4/20/2021 at 09:30 AM. Motion hearing set for 3/5/2021 at 11:30 AM stands. Mailed notice (lk, ) (Entered: 02/26/2021) |
| 02/26/2021 | 65 | MINUTE entry (Corrected) before the Honorable Virginia M. Kendall. Defendant's Motion for extension of time to file Pretrial Motions 60 is granted. Pretrial Motions shall be filed by 3/26/2021. Response due by 4/9/2021; Replies due by 4/16/2021. Status hearing set for 4/20/2021 at 09:30 AM. Motion hearing set for 3/5/2021 at 11:30 AM stands. By agreement of parties and pursuant to Title 18 U.S.C., Section 3161(h) (7)(B)(iv), time is hereby excluded to 4/20/2021 for the filing and review of Pretrial Motions. Mailed notice (lk, ) (Entered: 02/26/2021) |
| 03/02/2021 | 66 | MINUTE entry before the Honorable Virginia M. Kendall as to Larry Jones. Motion hearing set for 3/5/2021 is reset to begin at 10:00 AM (PLEASE NOTE TIME CHANGE) and will proceed via Video Conference. Mailed notice (lk, ) (Entered: 03/02/2021) |
| 03/03/2021 | 67 | TRANSCRIPT OF PROCEEDINGS as to Larry Jones held on 7/2/20, before the Honorable Beth W. Jantz. Order Number: 40149. Court Reporter Contact Information: Joseph Rickhoff, 312-435-5562, joseph_rickhoff@ilnd.uscourts.gov.<P>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.</P> Redaction Request due 3/24/2021. Redacted Transcript Deadline set for 4/5/2021. Release of Transcript Restriction set for 6/1/2021. (Rickhoff, Joseph) (Entered: 03/03/2021) |
| 03/04/2021 | 68 | RESPONSE by USA as to Larry Jones regarding MOTION by Larry Jones to modify conditions of release 55 (Attachments: # 1 Exhibit, # 2 Exhibit)(Walker, Grayson) (Entered: 03/04/2021) |
| 03/04/2021 | 69 | MINUTE entry before the Honorable Virginia M. Kendall as to Larry Jones. On the Court's own Motion and by agreement of Parties, Teleconference Motion Hearing set for 3/5/2021 is reset for 3/9/2021 at 9:30 AM regarding Defendant's Motion to Modify Conditions of Release 55 . Prior to the conference call, you are directed to click on this hyper link: https://teleconference.uc.att.com /ecm/?bp=4044432170&mac=2413900. Once you are on Judge Kendall's teleconference page, you are directed to join the conference as A GUEST. It is imperative that you ENTER YOUR NAME and click on the CALL ME option. Fill in your phone number (no hypens) and NAME. You are directed to use the CALL ME option because your name will appear for the Judge and the Court Reporter and they will better be able to discern who is speaking. If you do not have access to a computer Dial: (877)848-7030, the access code is: 2413900#. Given the increased volume of users that is anticipated, you are directed to mute |

| | | |
|---|---|---|
| | | your phone until your case is called. In spite of using the CALL ME option please also remember to SAY YOUR NAME EACH TIME YOU SPEAK so that the record of the proceedings is accurate. You are directed not to use the speaker phone function and to test the sound quality of your listening and speaking device in advance. If you experience an issue being heard or hearing, please log off and either call in or log back in.The Court prefers that you use the procedure that requires that the system calls your phone and you enter your name so that the Court and the Court reporter can see who is speaking during the hearing. Mailed notice (lk, ) (Entered: 03/04/2021) |
| 03/09/2021 | 70 | MOTION by Larry Jones to modify conditions of release *Motion to Modify The Conditions of Defendant Jones' Bond to Place Him on A Curfew As Directed By Pretrial Services* (Turner, Phillip) (Entered: 03/09/2021) |
| 03/10/2021 | 71 | MINUTE entry before the Honorable Virginia M. Kendall. Teleconference Motion hearing held on 3/9/2021. Oral argument heard regarding Defendant's Motion to modify conditions 70 . For the reasons as stated in open Court, Defendant's Motion to modify conditions of release 70 is denied. Mailed notice (lk, ) (Entered: 03/10/2021) |
| 03/25/2021 | 72 | MOTION by Larry Jones for extension of time *To File Pretrial Motions* (Turner, Phillip) (Entered: 03/25/2021) |
| 04/09/2021 | 76 | MINUTE entry before the Honorable Virginia M. Kendall as to Larry Jones and Jamar Spencer. Teleconference Status hearings are reset for 5/17/2021 at 9:30 AM. Pursuant to Title 18 U.S.C., Section 3161(h) (7)(B)(iv), time is hereby excluded to 5/17/2021 for the filing and review of Pretrial Motions. Prior to the conference call, you are directed to click on this hyper link: https://teleconference.uc.att.com/ecm/?bp=4044432170&mac=2413900. Once you are on Judge Kendall's teleconference page, you are directed to join the conference as A GUEST. It is imperative that you ENTER YOUR NAME and click on the CALL ME option. Fill in your phone number (no hypens) and NAME. You are directed to use the CALL ME option because your name will appear for the Judge and the Court Reporter and they will better be able to discern who is speaking. If you do not have access to a computer Dial: (877)848-7030, the access code is: 2413900#. Given the increased volume of users that is anticipated, you are directed to mute your phone until your case is called. In spite of using the CALL ME option please also remember to SAY YOUR NAME EACH TIME YOU SPEAK so that the record of the proceedings is accurate. You are directed not to use the speaker phone function and to test the sound quality of your listening and speaking device in advance. If you experience an issue being heard or hearing, please log off and either call in or log back in.The Court prefers that you use the procedure that requires that the system calls your phone and you enter your name so that the Court and the Court reporter can see who is speaking during the hearing. Mailed notice (lk, ) (Entered: 04/09/2021) |
| 04/19/2021 | 77 | MOTION by Larry Jones to modify conditions of release *To Allow Pretrial Services To Determine The Appropriate Hours Regarding Defendant's Son's Graduation* (Turner, Phillip) (Entered: 04/19/2021) |
| 04/21/2021 | 78 | MINUTE entry before the Honorable Virginia M. Kendall as to Larry Jones and Jamar Spencer. Defendant Larry Jones's Motion for extension of time to file Pretrial Motions 72 is granted. Pretrial Motions shall be filed by 5/3/2021. |

| | | |
|---|---|---|
| | | Response due by 5/17/2021; Reply due by 5/24/2021. Teleconference Status hearing for both Defendants Larry Jones and Jamar Spencer is reset for 6/1/2021 at 9:30 AM. Pursuant to Title 18 U.S.C., Section 3161(h) (7)(B)(iv), time is hereby excluded to 6/1/2021 for the filing and review of Pretrial Motions. Please refer to Minute Entry <u>76</u> for Teleconference instructions. Defendant Jones's Motion to Motion to allow Pretrial Services to determine the appropriate hours for Defendant Jones to attend his son's graduation on 5/23/2021 along with related activities <u>77</u> is granted. Mailed notice (lk, ) (Entered: 04/21/2021) |
| 05/08/2021 | <u>82</u> | MOTION by Larry Jones for extension of time *to file pretrial motions* (Turner, Phillip) (Entered: 05/08/2021) |
| 05/10/2021 | <u>83</u> | MINUTE entry before the Honorable Virginia M. Kendall as to Larry Jones. Defendant Larry Jones's Motion for extension of time to file Pretrial Motions <u>82</u> is granted. Pretrial Motions shall be filed by 6/3/2021. Response due by 6/17/2021; Reply due by 6/24/2021. Teleconference Status hearing for Defendant Larry Jones is reset for 7/15/2021 at 9:30 AM. Prior to the conference call, you are directed to click on this hyper link: https://teleconference.uc.att.com/ecm/?bp=4044432170&mac=2413900. Once you are on Judge Kendall's teleconference page, you are directed to join the conference as A GUEST. It is imperative that you ENTER YOUR NAME and click on the CALL ME option. Fill in your phone number (no hypens) and NAME. You are directed to use the CALL ME option because your name will appear for the Judge and the Court Reporter and they will better be able to discern who is speaking. If you do not have access to a computer Dial: (877)848-7030, the access code is: 2413900#. Given the increased volume of users that is anticipated, you are directed to mute your phone until your case is called. In spite of using the CALL ME option please also remember to SAY YOUR NAME EACH TIME YOU SPEAK so that the record of the proceedings is accurate. You are directed not to use the speaker phone function and to test the sound quality of your listening and speaking device in advance. If you experience an issue being heard or hearing, please log off and either call in or log back in.The Court prefers that you use the procedure that requires that the system calls your phone and you enter your name so that the Court and the Court reporter can see who is speaking during the hearing. Pursuant to Title 18 U.S.C., Section 3161(h) (7)(B)(iv), time is hereby excluded to 7/15/2021 for the filing and review of Pretrial Motions. Mailed notice (lk, ) (Entered: 05/10/2021) |
| 05/26/2021 | 🔒 | (Court only) Terminate Deadlines and Hearings as to Larry Jones:, Set/Reset Hearings as to Larry Jones: Status hearing set for 6/1/2021 at 09:30 AM. (lk, ) (Entered: 05/26/2021) |
| 06/01/2021 | <u>85</u> | MINUTE entry before the Honorable Virginia M. Kendall as to Jamar Spencer. Teleconference Status hearing held on 6/1/2021. By request of Parties, Change of Plea hearing set for 7/22/2021 at 9:45 AM. By agreement of Parties and pursuant to Title 18 U.S.C, Section 3161(h)(1)(D) time is hereby excluded to 7/22/2021. Defense Counsel shall notify the Court by 7/8/2021 if hearing will proceed via Video Conference or in person. Mailed notice (lk, ) (Entered: 06/02/2021) |
| 06/03/2021 | <u>86</u> | MOTION by Larry Jones for extension of time (Turner, Phillip) (Entered: 06/03/2021) |

| 06/04/2021 | 87 | MINUTE entry before the Honorable Virginia M. Kendall as to Larry Jones. Defendant Larry Jones's Motion for extension of time to file Pretrial Motions 86 is granted. Pretrial Motions shall be filed by 7/27/2021. Response due by 8/10/2021; Reply due by 8/17/2021. Status hearing reset for 8/19/2021 at 9:30 AM. By agreement of Parties and pursuant to Title 18 U.S.C., Section 3161(h)(7)(B)(iv), time is hereby excluded to 8/19/2021 for the filing and review of Pretrial Motions. Mailed notice (lk, ) (Entered: 06/04/2021) |
|---|---|---|
| 06/08/2021 | 88 | MOTION to withdraw as attorney as to Larry Jones James D. Tunick (Tunick, James) (Entered: 06/08/2021) |
| 06/16/2021 | 92 | MINUTE entry before the Honorable Virginia M. Kendall. Attorney James D. Tunick's Motion to withdraw as attorney 88 is granted. Mailed notice (lk, ) (Entered: 06/16/2021) |
| 08/16/2021 | 98 | ATTORNEY Designation for USA of Jimmy Lorenzo Arce (Arce, Jimmy) (Entered: 08/16/2021) |
| 08/18/2021 | 99 | MINUTE entry before the Honorable Virginia M. Kendall as to Larry Jones. Status hearing set for 8/19/2021 at 9:30 AM stands and will proceed via Teleconference. Prior to the conference call, you are directed to click on this hyper link: https://teleconference.uc.att.com/ecm/?bp=4044432170&mac=2413900. Once you are on Judge Kendall's teleconference page, you are directed to join the conference as A GUEST. It is imperative that you ENTER YOUR NAME and click on the CALL ME option. Fill in your phone number (no hypens) and NAME. You are directed to use the CALL ME option because your name will appear for the Judge and the Court Reporter and they will better be able to discern who is speaking. If you do not have access to a computer Dial: (877)848-7030, the access code is: 2413900#. Given the increased volume of users that is anticipated, you are directed to mute your phone until your case is called. In spite of using the CALL ME option please also remember to SAY YOUR NAME EACH TIME YOU SPEAK so that the record of the proceedings is accurate. You are directed not to use the speaker phone function and to test the sound quality of your listening and speaking device in advance. If you experience an issue being heard or hearing, please log off and either call in or log back in.The Court prefers that you use the procedure that requires that the system calls your phone and you enter your name so that the Court and the Court reporter can see who is speaking during the hearing. Mailed notice (lk, ) (Entered: 08/18/2021) |
| 08/18/2021 | 100 | MINUTE entry before the Honorable Virginia M. Kendall as to Larry Jones. By request of Parties, Teleconference Status hearing set for 8/19/2021 is reset for 10/20/2021 at 9:30 AM. By agreement of Parties and pursuant to Title 18 U.S.C., Section 3161(h) (7)(B)(iv), time is hereby excluded to 10/20/2021 for the filing and review of Pretrial Motions. Prior to the conference call, you are directed to click on this hyper link: https://teleconference.uc.att.com/ecm/?bp=4044432170&mac=2413900. Once you are on Judge Kendall's teleconference page, you are directed to join the conference as A GUEST. It is imperative that you ENTER YOUR NAME and click on the CALL ME option. Fill in your phone number (no hypens) and NAME. You are directed to use the CALL ME option because your name will appear for the Judge and the Court Reporter and they will better be able to discern who is speaking. If you do not have access to a computer Dial: (877)848-7030, the access code is: 2413900#. |

| | | |
|---|---|---|
| | | Given the increased volume of users that is anticipated, you are directed to mute your phone until your case is called. In spite of using the CALL ME option please also remember to SAY YOUR NAME EACH TIME YOU SPEAK so that the record of the proceedings is accurate. You are directed not to use the speaker phone function and to test the sound quality of your listening and speaking device in advance. If you experience an issue being heard or hearing, please log off and either call in or log back in.The Court prefers that you use the procedure that requires that the system calls your phone and you enter your name so that the Court and the Court reporter can see who is speaking during the hearing. Mailed notice (lk, ) (Entered: 08/18/2021) |
| 08/26/2021 | [103](#) | MOTION by Larry Jones to modify conditions of release *Change Residence due to COVID* (Turner, Phillip) (Entered: 08/26/2021) |
| 08/26/2021 | [104](#) | MINUTE entry before the Honorable Virginia M. Kendall as to Larry Jones. Defendant's Unopposed Motion to modify conditions of release [103](#) is granted. Defendant's bond is modified to allow him to move from his Grandmother's home to his home for medical reasons. Defendant is ordered to continue to follow the instructions of Pretrial Services. Mailed notice (lk, ) (Entered: 08/26/2021) |
| 09/30/2021 | [109](#) | PRETRIAL Status Report as to Larry Jones (SEALED) (Schroeder, Samuel) (Entered: 09/30/2021) |
| 10/04/2021 | [110](#) | MINUTE entry before the Honorable Virginia M. Kendall as to Larry Jones. Teleconference Status hearing set for 10/12/2021 at 9:30 AM regarding Pretrial Status Report dated 9/30/2021. Defense Counsel shall make arrangements for Defendant to appear via Teleconference. Prior to the conference call, you are directed to click on this hyper link: https://teleconference.uc.att.com /ecm/?bp=4044432170&mac=2413900. Once you are on Judge Kendall's teleconference page, you are directed to join the conference as A GUEST. It is imperative that you ENTER YOUR NAME and click on the CALL ME option. Fill in your phone number (no hypens) and NAME. You are directed to use the CALL ME option because your name will appear for the Judge and the Court Reporter and they will better be able to discern who is speaking. If you do not have access to a computer Dial: (877)848-7030, the access code is: 2413900#. Given the increased volume of users that is anticipated, you are directed to mute your phone until your case is called. In spite of using the CALL ME option please also remember to SAY YOUR NAME EACH TIME YOU SPEAK so that the record of the proceedings is accurate. You are directed not to use the speaker phone function and to test the sound quality of your listening and speaking device in advance. If you experience an issue being heard or hearing, please log off and either call in or log back in.The Court prefers that you use the procedure that requires that the system calls your phone and you enter your name so that the Court and the Court reporter can see who is speaking during the hearing. Mailed notice (lk, ) (Entered: 10/04/2021) |
| 10/12/2021 | [111](#) | MINUTE entry before the Honorable Virginia M. Kendall as to Larry Jones. On the Court's own Motion, Teleconference Status hearing set for 10/12/2021 regarding Pretrial Status Report dated 9/30/2021 is reset for 10/18/2021 at 9:30 AM. Defense Counsel shall make arrangements for Defendant to appear via Teleconference. Prior to the conference call, you are directed to click on this hyper link: https://teleconference.uc.att.com/ecm/?bp=4044432170& |

| | | |
|---|---|---|
| | | mac=2413900. Once you are on Judge Kendall's teleconference page, you are directed to join the conference as A GUEST. It is imperative that you ENTER YOUR NAME and click on the CALL ME option. Fill in your phone number (no hypens) and NAME. You are directed to use the CALL ME option because your name will appear for the Judge and the Court Reporter and they will better be able to discern who is speaking. If you do not have access to a computer Dial: (877)848-7030, the access code is: 2413900#. Given the increased volume of users that is anticipated, you are directed to mute your phone until your case is called. In spite of using the CALL ME option please also remember to SAY YOUR NAME EACH TIME YOU SPEAK so that the record of the proceedings is accurate. You are directed not to use the speaker phone function and to test the sound quality of your listening and speaking device in advance. If you experience an issue being heard or hearing, please log off and either call in or log back in.The Court prefers that you use the procedure that requires that the system calls your phone and you enter your name so that the Court and the Court reporter can see who is speaking during the hearing. Mailed notice (lk, ) (Entered: 10/12/2021) |
| 10/18/2021 | [112](#) | MINUTE entry before the Honorable Virginia M. Kendall as to Larry Jones. Teleconference Status hearing held on 10/18/2021. The Court adopts recommendation as outlined in Pretrial Status Report dated 9/30/2021. Defendant's conditions of release are modified to location monitoring with curfew as directed by Pretrial Services. Parties report they continue to work on resolution before proceeding to trial. Teleconference Status hearing set for 11/29/2021 at 9:30 AM. Prior to the conference call, you are directed to click on this hyper link: https://teleconference.uc.att.com/ecm/?bp=4044432170& mac=2413900. Once you are on Judge Kendall's teleconference page, you are directed to join the conference as A GUEST. It is imperative that you ENTER YOUR NAME and click on the CALL ME option. Fill in your phone number (no hypens) and NAME. You are directed to use the CALL ME option because your name will appear for the Judge and the Court Reporter and they will better be able to discern who is speaking. If you do not have access to a computer Dial: (877)848-7030, the access code is: 2413900#. Given the increased volume of users that is anticipated, you are directed to mute your phone until your case is called. In spite of using the CALL ME option please also remember to SAY YOUR NAME EACH TIME YOU SPEAK so that the record of the proceedings is accurate. You are directed not to use the speaker phone function and to test the sound quality of your listening and speaking device in advance. If you experience an issue being heard or hearing, please log off and either call in or log back in.The Court prefers that you use the procedure that requires that the system calls your phone and you enter your name so that the Court and the Court reporter can see who is speaking during the hearing. By agreement of Parties and pursuant to Title 18 U.S.C., Section 3161(h) (7)(B)(iv), time is hereby excluded to 11/19/2021 for the filing and review of Pretrial Motions. Mailed notice (lk, ) (Entered: 10/18/2021) |
| 11/29/2021 | [120](#) | MINUTE entry before the Honorable Virginia M. Kendall as to Larry Jones. Teleconference Status hearing held on 11/29/2021. Parties report they continue to work on resolution before proceeding to trial. Teleconference Status hearing set for 1/18/2022 at 9:30 AM. By agreement of Parties and pursuant to Title 18 U.S.C., Section 3161(h) (7)(B)(iv), time is hereby excluded to 1/18/2022 for the filing and review of Pretrial Motions. Prior to the conference call, you are |

directed to click on this hyper link: https://teleconference.uc.att.com /ecm/?bp=4044432170&mac=2413900. Once you are on Judge Kendall's teleconference page, you are directed to join the conference as A GUEST. It is imperative that you ENTER YOUR NAME and click on the CALL ME option. Fill in your phone number (no hypens) and NAME. You are directed to use the CALL ME option because your name will appear for the Judge and the Court Reporter and they will better be able to discern who is speaking. If you do not have access to a computer Dial: (877)848-7030, the access code is: 2413900#. Given the increased volume of users that is anticipated, you are directed to mute your phone until your case is called. In spite of using the CALL ME option please also remember to SAY YOUR NAME EACH TIME YOU SPEAK so that the record of the proceedings is accurate. You are directed not to use the speaker phone function and to test the sound quality of your listening and speaking device in advance. If you experience an issue being heard or hearing, please log off and either call in or log back in.The Court prefers that you use the procedure that requires that the system calls your phone and you enter your name so that the Court and the Court reporter can see who is speaking during the hearing. Mailed notice (lk, ) (Entered: 11/29/2021)

| 01/18/2022 | 124 | MINUTE entry before the Honorable Virginia M. Kendall as to Larry Jones. Teleconference Status hearing held on 1/18/2022. Parties report they continue to work on resolution before proceeding to trial. Teleconference Status hearing set for 3/21/2022 at 9:30 AM. By agreement of Parties and pursuant to Title 18 U.S.C., Section 3161(h) (7)(B)(iv), time is hereby excluded to 3/21/2022 for the filing and review of Pretrial Motions. Prior to the conference call, you are directed to click on this hyper link: https://teleconference.uc.att.com /ecm/?bp=4044432170&mac=2413900. Once you are on Judge Kendall's teleconference page, you are directed to join the conference as A GUEST. It is imperative that you ENTER YOUR NAME and click on the CALL ME option. Fill in your phone number (no hypens) and NAME. You are directed to use the CALL ME option because your name will appear for the Judge and the Court Reporter and they will better be able to discern who is speaking. If you do not have access to a computer Dial: (877)848-7030, the access code is: 2413900#. Given the increased volume of users that is anticipated, you are directed to mute your phone until your case is called. In spite of using the CALL ME option please also remember to SAY YOUR NAME EACH TIME YOU SPEAK so that the record of the proceedings is accurate. You are directed not to use the speaker phone function and to test the sound quality of your listening and speaking device in advance. If you experience an issue being heard or hearing, please log off and either call in or log back in.The Court prefers that you use the procedure that requires that the system calls your phone and you enter your name so that the Court and the Court reporter can see who is speaking during the hearing. Mailed notice (lk, ) (Entered: 01/20/2022) |
| 03/03/2022 | 131 | MINUTE entry before the Honorable Virginia M. Kendall as to Larry Jones. On the Court's own Motion, Status hearing set for 3/21/2022 is reset for 4/13/2022 at 9:30 AM which will now proceed via Webex. Prior to the hearing, you are directed to cut and paste this hyper link into a browser: https://us-courts.webex.com/join/virginia_kendallilnd.uscourts.gov. If you do not have access to a device with video capability, please use the dial in option: (650)-479-3207, the access code is: 180 698 4009. If you do have access to a device with video capability, you are directed to appear via video. Given the increased |

| | | |
|---|---|---|
| | | volume of users that is anticipated, you are directed to mute your phone and turn off your video until your case is called. If calling in due to not having access to a computer, please remember to SAY YOUR NAME EACH TIME YOU SPEAK so that the record of the proceedings is accurate. You are directed not to use the speaker phone function. Please test the sound quality and video functions of your device in advance. Members of the public and media are directed to call in to listen to hearings. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Participant instructions for Webex are attached. Pursuant to Title 18 U.S.C., Section 3161(h) (7)(B)(iv), time is hereby excluded to 4/12/2022 for the filing and review of Pretrial Motions. Mailed notice (Attachments: # 1 Webex Participant Instructions) (lk, ) (Entered: 03/03/2022) |
| 03/08/2022 | 132 | TRANSCRIPT OF PROCEEDINGS as to Larry Jones held on 6/30/2020, before the Honorable Beth W. Jantz. Detention Hearing. Order Number: 42465. Court Reporter Contact Information: TRACEY D. McCULLOUGH, 312-435-5570, tracey_mccullough@ilnd.uscourts.gov.<P>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.</P> Redaction Request due 3/29/2022. Redacted Transcript Deadline set for 4/8/2022. Release of Transcript Restriction set for 6/6/2022. (Mccullough, Tracey) (Entered: 03/08/2022) |
| 04/13/2022 | 133 | MINUTE entry before the Honorable Virginia M. Kendall as to Larry Jones: Status hearing held on 4/13/2022 via Webex. Counsel reports they continue to work with the Government on plea negotiations. Status hearing set for 5/11/2022 at 9:30 AM which will proceed via Webex. By agreement of Parties and pursuant to Title 18 U.S.C., Section 3161(h) (7)(B)(iv), time is hereby excluded to 5/11/22 to facilitate ongoing discussions about resolving the case short of trial. Prior to the hearing, you are directed to cut and paste this hyper link into a browser: https://us-courts.webex.com /join/virginia_kendalliilnd.uscourts.gov. If you do not have access to a computer Dial: (650)-479-3207, the access code is: 180 698 4009. Given the increased volume of users that is anticipated, you are directed to mute your phone and turn off your video until your case is called. If calling in due to not having access to a computer, please remember to SAY YOUR NAME EACH TIME YOU SPEAK so that the record of the proceedings is accurate. You are directed not to use the speaker phone function. Please test the sound quality and video functions of your device in advance. Members of the public and media are directed to call in to listen to hearings. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, |

| | | or any other sanctions deemed necessary by the Court. Mailed notice (air, ) (Entered: 04/13/2022) |
|---|---|---|
| 05/10/2022 | 137 | MINUTE entry before the Honorable Virginia M. Kendall as to Larry Jones. By request of Parties, Status hearing set for 5/11/2022 is reset for 6/28/2022 at 9:30 AM which will proceed via Webex. Prior to the hearing, you are directed to cut and paste this hyper link into a browser: https://us-courts.webex.com /join/virginia_kendallilnd.uscourts.gov If you do not have access to a device with video capability, please use the dial in option: (650)-479-3207, the access code is: 180 698 4009. If you do have access to a device with video capability, you are directed to appear via video. Given the increased volume of users that is anticipated, you are directed to mute your phone and turn off your video until your case is called. If calling in due to not having access to a computer, please remember to SAY YOUR NAME EACH TIME YOU SPEAK so that the record of the proceedings is accurate. You are directed not to use the speaker phone function. Please test the sound quality and video functions of your device in advance. By agreement of Parties and pursuant to Title 18 U.S.C., Section 3161(h) (7)(B)(iv), time is hereby excluded to 6/28/2022 to facilitate ongoing discussions about resolving the case short of trial. Mailed notice (lk, ) (Entered: 05/10/2022) |
| 06/21/2022 | 142 | MINUTE entry before the Honorable Virginia M. Kendall as to Larry Jones. On the Court's own Motion, Status hearing set for 6/28/2022 is reset for 7/7/2022 at 9:30 AM which will proceed via Webex. Prior to the hearing, you are directed to cut and paste this hyper link into a browser: https://us-courts.webex.com /join/virginia_kendallilnd.uscourts.gov If you do not have access to a device with video capability, please use the dial in option: (650)-479-3207, the access code is: 180 698 4009. If you do have access to a device with video capability, you are directed to appear via video. Given the increased volume of users that is anticipated, you are directed to mute your phone and turn off your video until your case is called. If calling in due to not having access to a computer, please remember to SAY YOUR NAME EACH TIME YOU SPEAK so that the record of the proceedings is accurate. You are directed not to use the speaker phone function. Pursuant to Title 18 U.S.C., Section 3161(h) (7)(B)(iv), time is hereby excluded to 7/7/2022 to facilitate ongoing discussions about resolving the case short of trial. Mailed notice (lk, ) (Entered: 06/21/2022) |
| 07/07/2022 | 143 | MINUTE entry before the Honorable Virginia M. Kendall as to Larry Jones. Webex Status hearing held on 7/7/2022. Parties report they continue to work on resolution of case before proceeding to trial. Status hearing set for 8/22/2022 at 9:30 AM which will proceed via Webex. By agreement of Parties and pursuant to Title 18 U.S.C., Section 3161(h) (7)(B)(iv), time is hereby excluded to 8/22/2022 to facilitate ongoing discussions about resolving the case short of trial. Prior to the hearing, you are directed to cut and paste this hyper link into a browser: https://us-courts.webex.com/join/virginia_kendallilnd.uscourts.gov. If you do not have access to a computer Dial: (650)-479-3207, the access code is: 180 698 4009. Given the increased volume of users that is anticipated, you are directed to mute your phone and turn off your video until your case is called. If calling in due to not having access to a computer, please remember to SAY YOUR NAME EACH TIME YOU SPEAK so that the record of the proceedings is accurate. You are directed not to use the speaker phone function. |

| | | |
|---|---|---|
| | | Please test the sound quality and video functions of your device in advance. Mailed notice (lk, ) (Entered: 07/07/2022) |
| 08/19/2022 | 150 | MINUTE entry before the Honorable Virginia M. Kendall as to Larry Jones. By request of Parties, Webex Status hearing set for 8/22/2022 is reset for 9/22/2022 at 12:00 PM. By agreement of Parties and pursuant to Title 18 U.S.C., Section 3161(h) (7)(B)(iv), time is hereby excluded to 9/22/2022 to facilitate ongoing discussions about resolving the case short of trial. Prior to the hearing, you are directed to cut and paste this hyper link into a browser: https://us-courts.webex.com/join/virginia_kendalliilnd.uscourts.gov. If you do not have access to a computer Dial: (650)-479-3207, the access code is: 180 698 4009. Mailed notice (lk, ) (Entered: 08/19/2022) |
| 09/22/2022 | 153 | MINUTE entry before the Honorable Virginia M. Kendall as to Larry Jones. By request of Parties, Webex Status hearing set for 9/22/2022 is reset for 10/20/2022 at 9:30 AM. By agreement of Parties and pursuant to Title 18 U.S.C., Section 3161(h) (7)(B)(iv), time is hereby excluded to 10/20/2022 to facilitate ongoing discussions about resolving the case short of trial. Prior to the hearing, you are directed to cut and paste this hyper link into a browser: https://us-courts.webex.com/join/virginia_kendalliilnd.uscourts.gov If you do not have access to a device with video capability, please use the dial in option: (650)-479-3207, the access code is: 180 698 4009. If you do have access to a device with video capability, you are directed to appear telephonically.Mailed notice (lk, ) (Entered: 09/22/2022) |
| 10/20/2022 | 161 | MINUTE entry before the Honorable Virginia M. Kendall as to Larry Jones. Status hearing held on 10/20/2022 via Webex. Defense Counsel reports Parties are working on resolution. Status hearing set for 11/14/2022 at 9:30 AM which will proceed via Webex. By agreement of Parties and pursuant to Title 18 U.S.C., Section 3161(h) (7)(B)(iv), time is hereby excluded to 11/14/2022 to facilitate ongoing discussions about resolving the case short of trial. Prior to the hearing, you are directed to cut and paste this hyper link into a browser: https://us-courts.webex.com/join/virginia_kendalliilnd.uscourts.gov If you do not have access to a device with video capability, please use the dial in option: (650)-479-3207, the access code is: 180 698 4009. If you do have access to a device with video capability, you are directed to appear telephonically. Mailed notice (lk, ) (Entered: 10/21/2022) |
| 11/08/2022 | 163 | MINUTE entry before the Honorable Virginia M. Kendall as to Larry Jones. On the Court's own Motion, Status hearing set for 11/14/2022 is reset for 11/17/2022 at 9:30 AM. Pursuant to Title 18 U.S.C., Section 3161(h) (7)(B)(iv), time is hereby excluded to 11/17/2022 to facilitate ongoing discussions about resolving the case short of trial. Prior to the hearing, you are directed to cut and paste this hyper link into a browser: https://us-courts.webex.com /join/virginia_kendalliilnd.uscourts.gov If you do not have access to a device with video capability, please use the dial in option: (650)-479-3207, the access code is: 180 698 4009. If you do have access to a device with video capability, you are directed to appear telephonically. Mailed notice (lk, ) (Entered: 11/08/2022) |
| 11/17/2022 | 164 | MINUTE entry before the Honorable Virginia M. Kendall as to Larry Jones. Status hearing held on 11/17/2022. Defense Counsel appeared in Court. AUSA appeared via Webex. Parties report they continue to work on resolution, but are |

| | | |
|---|---|---|
| | | a delayed due to the Government being on a lengthy trial. Status hearing set for 12/13/2022 at 9:30 AM. By agreement of Parties and pursuant to Title 18 U.S.C., Section 3161(h) (7)(B)(iv), time is hereby excluded to 12/13/2022 to facilitate ongoing discussions about resolving the case short of trial. Prior to the hearing, you are directed to cut and paste this hyper link into a browser: https://us-courts.webex.com/join/virginia_kendallilnd.uscourts.gov If you do not have access to a device with video capability, please use the dial in option: (650)-479-3207, the access code is: 180 698 4009. If you do have access to a device with video capability, you are directed to appear telephonically. Mailed notice (lk, ) (Entered: 11/17/2022) |
| 12/02/2022 | 165 | MINUTE entry before the Honorable Virginia M. Kendall as to Larry Jones. Status hearing set for 12/13/2022 at 9:30 AM stands and will proceed in Courtroom 2503. Beginning 12/05/2022, all hearings will be in person. Virtual hearings will be held on Fridays starting 12/9/2022 at 9:30 AM but must be pre-approved by the Court. If you need to appear virtually, send the attached form to Judge Kendall's courtroom deputy. The courtroom deputy will inform you as to whether your request has been approved. Mailed notice (Attachments: # 1 Virtual Hearing Request Form) (lk, ) (Entered: 12/02/2022) |
| 12/02/2022 | 166 | MINUTE entry before the Honorable Virginia M. Kendall as to Larry Jones. By request and approval of the Court, Status hearing set for 12/13/2022 is reset for 12/16/2022 at 9:30 AM and will proceed via Webex. By agreement of Parties and pursuant to Title 18 U.S.C., Section 3161(h) (7)(B)(iv), time is hereby excluded to 12/16/2022 to facilitate ongoing discussions about resolving the case short of trial. Prior to the hearing, you are directed to cut and paste this hyper link into a browser: https://us-courts.webex.com /join/virginia_kendallilnd.uscourts.gov If you do not have access to a device with video capability, please use the dial in option: (650)-479-3207, the access code is: 180 698 4009. If you do have access to a device with video capability, you are directed to appear telephonically. Mailed notice (lk, ) (Entered: 12/02/2022) |
| 12/11/2022 | 167 | MOTION by Larry Jones to modify conditions of release (Turner, Phillip) (Entered: 12/11/2022) |
| 12/16/2022 | 168 | MINUTE entry before the Honorable Virginia M. Kendall as to Larry Jones. Status hearing held on 12/16/2022 via Webex. Defendant's Motion to Modify Bond allowing him to live in his home 167 is granted. By request of Parties, Change of Plea hearing is set for 1/19/2023 at 12:30 PM which will proceed in Courtroom 2503. By agreement of Parties and pursuant to Title 18 U.S.C., Section 3161(h) (7)(B)(iv), time is hereby excluded to 1/19/2023 to facilitate ongoing discussions about resolving the case short of trial. Mailed notice (lk, ) (Entered: 12/19/2022) |
| 01/07/2023 | 169 | MOTION by Larry Jones for extension of time *Defendant Larry Jones' Motion to Plead Guilty on January 19, 2023 and Remain on Bond and Self-Surrender or Delay the Acceptance of His Guilty Plea Until May 1, 2023 or to Continue the Date for His Guilty Plea Until May 1, 2023* (Attachments: # 1 Exhibit Letter from I City United)(Turner, Phillip) (Entered: 01/07/2023) |
| 01/09/2023 | 170 | MINUTE entry before the Honorable Virginia M. Kendall as to Larry Jones. Defendant's Motion to Plead Guilty on January 19, 2023 and remain on Bond and Self-Surrender or Delay the Acceptance of his Guilty Plea until May 1, |

| | | |
|---|---|---|
| | | 2023 or to continue the date for his Guilty Plea until May 1, 2023 169 is denied. The Court cannot give advisory rulings. The Defendant must decide when and how he will plead guilty with an understanding of the consequences. Of course, Defense Counsel is free to work with the Prosecutor and the Pretrial Services Officer to get an agreement in place; but the Court cannot advise a Defendant on how to proceed by giving a ruling on a matter not yet before her. Mailed notice (lk, ) (Entered: 01/09/2023) |
| 01/11/2023 | 171 | MINUTE entry before the Honorable Virginia M. Kendall as to Larry Jones. On the Court's own Motion and by agreement of Parties, Change of Plea hearing set for 1/19/2023 is reset for 10:30 AM (TIME CHANGE ONLY). Mailed notice (lk, ) (Entered: 01/11/2023) |
| 01/19/2023 | 173 | ORDER as to Larry Jones: Change of plea hearing held. Defendant enters plea of guilty to Counts 1 and 3 of the Indictment. The Court accepts a plea of guilty and enters Judgment. Enter Plea Agreement. Cause referred to the Probation Office for a presentence investigation. Sentencing set for 4/21/2023 at 12:30 p.m. Sentencing position papers due on or before 4/7/2023. The Court directs the disclosure of the Probation Department's sentencing recommendation to both Defendant and the Government. For the reasons as stated in open Court, Defendant's oral motion to remain out of custody is denied. Defendant is ordered detained and remanded into federal custody. Pursuant to 18 U.S.C. § 3664(d)(1), if restitution is being sought in this case, 60 days prior to the sentencing date, the Government shall provide the Probation Office and the courtroom deputy an electronic standardized spreadsheet (available on the Court's website) with a list of victims and their full current contact information. This list shall include any amounts subject to restitution. If the Government is not able to provide the full victim list 60 days prior to sentencing, they shall file a motion to request an extension of time to compile the information, to the extent permitted by 18 U.S.C. § 3664(d)(5) Signed by the Honorable Virginia M. Kendall on 1/19/2023. Mailed notice (ph, ) (Entered: 01/19/2023) |
| 01/19/2023 | 174 | PLEA Agreement as to Larry Jones. (ph, ) (Entered: 01/19/2023) |
| 03/15/2023 | 180 | PRESENTENCE Investigation Report as to Larry Jones (SEALED) (Attachments: # 1 Supplement Plea Agreement)(Lopez, Rebecca) (Entered: 03/15/2023) |
| 03/15/2023 | 🔒 181 | (Court only) SENTENCING Recommendation as to Larry Jones (SEALED) Disclosed (Lopez, Rebecca) (Entered: 03/15/2023) |
| 04/07/2023 | 184 | SENTENCING MEMORANDUM as to Larry Jones (Attachments: # 1 Exhibit Government's Sentencing Memorandum Marsha Fountain, # 2 Exhibit Letter from Larry Jones's last employer)(Turner, Phillip) (Entered: 04/07/2023) |
| 04/17/2023 | 187 | MINUTE entry before the Honorable Virginia M. Kendall as to Larry Jones. On the Court's own Motion due to medical reasons, Sentencing set for 4/21/2023 is reset for 5/17/2023 at 10:30 AM. Mailed notice (lk, ) (Entered: 04/17/2023) |
| 04/27/2023 | 188 | MINUTE entry before the Honorable Virginia M. Kendall as to Larry Jones. On the Court's own Motion and by agreement of Parties, Sentencing is reset for 6/19/2023 at 10:00 AM. Mailed notice (lk, ) (Entered: 04/27/2023) |

| 05/02/2023 | 189 | MINUTE entry before the Honorable Virginia M. Kendall as to Larry Jones. On the Court's own Motion due to 6/19/2023 being a federal holiday, Sentencing is reset for 6/21/2023 at 10:00 AM. Mailed notice (lk, ) (Entered: 05/02/2023) |
|---|---|---|
| 05/23/2023 | 190 | MINUTE entry before the Honorable Virginia M. Kendall as to Larry Jones. Sentencing is reset for 7/19/2023 at 12:30 PM. Parties have advised that Sentencing hearing will need a half day of the Court's schedule. Mailed notice (lk, ) (Entered: 05/23/2023) |
| 07/10/2023 | 193 | Defendant's letter to the court and character letters by Larry Jones (Turner, Phillip) (Entered: 07/10/2023) |
| 07/13/2023 | 194 | MINUTE entry before the Honorable Virginia M. Kendall as to Larry Jones. Sentencing set for 7/19/2023 at 1:30 PM (TIME CHANGE ONLY). Mailed notice (lk, ) (Entered: 07/13/2023) |
| 07/13/2023 | 195 | Notice of Declination of Disclosure by Larry Jones (Turner, Phillip) (Entered: 07/13/2023) |
| 07/13/2023 | 196 | SENTENCING MEMORANDUM as to Larry Jones (Arce, Jimmy) (Entered: 07/13/2023) |
| 07/17/2023 | 198 | OBJECTION by Larry Jones to sentencing memorandum 196 (Turner, Phillip) (Entered: 07/17/2023) |
| 07/18/2023 | 199 | OBJECTION by Larry Jones to sentencing memorandum 196 *Objection to Government's Proposed witnesses Dante Dockett and Jarmar Spencer* (Turner, Phillip) (Entered: 07/18/2023) |
| 07/19/2023 | 200 | MINUTE entry before the Honorable Virginia M. Kendall as to Larry Jones. Sentencing held on 7/19/2023 and continued for 7/20/2023 at 2:00 PM. Mailed notice (lk, ) (Entered: 07/19/2023) |
| 07/20/2023 | 201 | LETTER from Assistant United States Attorney John D. Mitchell dated April 12, 2023 . (Attachments: # 1 Exhibit Letter regarding discovery)(Turner, Phillip) (Entered: 07/20/2023) |
| 07/20/2023 | 205 | MINUTE entry before the Honorable Virginia M. Kendall as to Larry Jones. Sentencing hearing held and concluded on 7/20/2023. Mailed notice (lk, ) (Entered: 07/25/2023) |
| 07/20/2023 | 🔒 | (Court only) ***Procedural Interval start (P6) count(s) 1,3, (P9) count(s) 2,4,5,6,7-8,9 as to Larry Jones. (ph, ) (Entered: 07/26/2023) |
| 07/24/2023 | 203 | PRESENTENCE Investigation Report (Corrected) as to Larry Jones (SEALED) (Lopez, Rebecca) (Entered: 07/24/2023) |
| 07/25/2023 | 206 | JUDGMENT (Sentencing Order) as to Larry Jones (1): The Defendant pleaded guilty to count(s) 1 and 3 of the Indictment. The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: One hundred eighty eight (188) months as to count 1 of the Indictment; one hundred eithty eight (188) months as to count 3 of the Indictment. Terms to run concurrent for a total of one hundred eighty eight (188) months. The defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, you shall be on supervised release for a term of: Four (4) years term as to count 1 of the Indictment; three (3) years as count 3 of |

| | | |
|---|---|---|
| | | the Indictment. Terms are to run concurrent for a total of four (4) years. Criminal Monetary Penalties. Schedule of Payments. Count(s) remaining are dismissed on the motion of the United States. (Terminated defendant Larry Jones). Signed by the Honorable Virginia M. Kendall on 7/25/2023. Mailed certified copy to Defendant Larry Jones' counsel of record Phillip Arnold Turner. (ph, ) (Entered: 07/26/2023) |
| 07/25/2023 | 207 | STATEMENT of Reasons as to Larry Jones (SEALED) Mailed certified copy to Defendant Larry Jones' counsel of record Phillip Arnold Turner. (ph, ) (Entered: 07/26/2023) |
| 07/26/2023 | | JUDGMENT and Commitment as to Larry Jones issued to U.S. Marshal via e-mail in PDF format. (ph, ) (Entered: 07/26/2023) |
| 07/26/2023 | | FORWARDED certified copy of Judgment (Sentencing Order) with Statement of Reasons to the Docketing Department of the U.S. Attorney's Office and the U.S. District Court's Fiscal Department as to Larry Jones. (ph, ) (Entered: 07/26/2023) |
| 08/04/2023 | 210 | NOTICE OF APPEAL by Larry Jones Filing fee $ 505 Receipt number: 4624289439. (ph, ) (Entered: 08/09/2023) |
| 08/09/2023 | 211 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 210 . (ph, ) (Entered: 08/09/2023) |