<div style="text-align:center">
Law Offices of Phillip A. Turner
20 North Clark Street, Suite 3300
Chicago, Illinois 60602
Office 312-899-0009
Cellular 312-735-4222
Email: pturner98@sbcglobal.net
www.phillipturnerlaw.com
</div>

**FILED**

SEP 27 2023 JB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

August 18, 2023

LEGAL MAIL-ATTORNEY -CLIENT MAIL-SPECIAL MAIL
TO BE OPENED IN THE PRESENCE OF THE INMATE
Larry Jones#55044-424
Metropolitan Correctional Center
71 West Van Buren
Chicago, Illinois 60605

Re: Appeal to the Seventh Circuit Court of Appeals: U.S. v. Jones, 20 CR 309-1 and 23-2557

Larry:

    The Court of Appeals has directed me to help you get some of the preliminary matters accomplished for your appeal. As you know, I have filed a motion to withdraw so that I will not be involved in your appeal. I enclose a copy of the August 17, 2023, order from the Seventh Circuit Court of Appeals. You have filed a *pro se* appearance in the district court. I have prepared a motion for your signature so that you can ask Judge Kendall to allow you to proceed with your appeal without costs to you. It would allow you to have an appointed attorney for your appeal and get transcripts without cost to you. If this is what you want to do, please review the motion and, if it is accurate, sign it. Also, enclosed is a financial affidavit. Please complete the affidavit truthfully and sign it. After you complete the documents, you can mail them to my office at the address at the top of this letter. I will file them. If you want to send the completed documents directly to the court, you can send the signed motion and the completed affidavit to the Clerk of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, 20 Floor Chicago, Illinois 60604. The clerk will file the documents.

    If you intend to pursue this matter, you must do this immediately so that an attorney can be appointed to help you and so that you can obtain hearing transcripts. Please call me with any questions.

<div style="margin-left: 50%">
Very truly yours,
Law Offices of Phillip A. Turner

*/s/ Phil*

Phillip A. Turner, Esq.
</div>

# United States Court of Appeals
For the Seventh Circuit
Chicago, Illinois 60604

August 17, 2023

**By the Court:**

No. 23-2557

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff - Appellee,*<br><br>v.<br><br>LARRY JONES,<br>*Defendant - Appellant.* | Appeal from the United<br>States District Court for<br>the Northern District of Illinois,<br>Eastern Division.<br><br>No. 1:20-cr-00309-1<br><br>Virginia M. Kendall,<br>*Judge.* |

## ORDER

On consideration of the motion to withdraw filed by counsel for defendant-appellant Larry Jones on August 10, 2023,

IT IS ORDERED that the motion to withdraw will be ruled on at a later date. Attorney Phillip A. Turner is directed to assist the defendant with filing in the district court (and, if denied, in this court) a motion to proceed on appeal *in forma pauperis*. See Fed. R. App. P. 24(a). A review of the district court record suggests the defendant filed a motion for attorney representation on August 9, 2023, but failed to attach an original Application for Leave to Proceed *In Forma Pauperis* detailing his financial status.

IT IS FURTHER ORDERED that counsel is to comply with the provisions of Fed. R. App. P. 10(b) regarding the preparation of the transcripts. Counsel must file, no later than August 25, 2023, a status report regarding his compliance with this order.

Briefing is SUSPENDED pending further court order.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| V. | ) | No. 20 CR 309-1 |
| LARRY JONES, | ) | |
| | ) | Judge Virginia M. Kendall |
| Defendant. | ) | |

**DEFENDANT LARRY JONES *PRO SE* MOTION FOR AN ORDER ALLOWING HIM TO PROCEED *IN FORMA PAUPERIS***

Defendant Larry Jones respectfully requests that this court enter an order allowing him to proceed with his appeal to the Seventh Circuit Court of Appeals *In Forma Pauperis*. In support of his motion, Larry Jones states the following:

1. I have filed a *pro se* appearance in this court. Docket No. 215.

2. I have filed a *pro se* notice of appeal to the Seventh Circuit Court of Appeals. Docket No. 210.

3. I do not have money to pay for transcripts or to hire an attorney to assist me with the appeal.

4. I am incarcerated and unemployed. Attached is the required financial affidavit, form CJA 23.

5. In summary, on appeal, I will raise in good faith issues regarding this entire matter.

Wherefore, I respectfully request that this Court enter an order allowing me to proceed *In Forma Pauperis*.

Respectfully submitted,

*Larry Jones*
Larry Jones #55044-424
Metropolitan Correctional Center
71 West Van Buren Street
Chicago, Illinois 60602

Law Offices of Phillip A. Turner
20 North Clark Street, Suite 3300
Chicago, Illinois 60602
Office 312-899-0009
Cellular 312-735-4222
Email: pturner98@sbcglobal.net
www.phillipturnerlaw.com

August 19, 2023

LEGAL MAIL-ATTORNEY -CLIENT MAIL-SPECIAL MAIL
TO BE OPENED IN THE PRESENCE OF THE INMATE
Larry Jones#55044-424
Metropolitan Correctional Center
71 West Van Buren
Chicago, Illinois 60605

Re: Appeal to the Seventh Circuit Court of Appeals: U.S. v. Jones, 20 CR 309-1 and 23-2557

Larry:

   Enclosed is an additional order from the Seventh Circuit Court of Appeals. Also enclosed is a copy of your notice of appeal. It is not signed. The order indicates that it must be signed by you or an attorney. Did you sign this or did an attorney acting for you sign it? If you did not sign it and an attorney acting on your behalf did not sign it, you must, as the order indicates, have it signed appropriately. You must give me the answer immediately and take action immediately. Please send me a letter with your answer.

                                          Very truly yours,

                                          Law Offices of Phillip A. Turner

                                          Phillip A. Turner, Esq.

# 23-2557 USA v. Larry Jones "Status Report order filed"

From: ca07_cmecfmail@ca7.uscourts.gov

To: pturner98@sbcglobal.net

Date: Thursday, August 17, 2023 at 01:23 PM MST

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

**Seventh Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was entered on 08/17/2023 at 3:22:55 PM Central Daylight Time and filed on 08/17/2023

**Case Name:** USA v. Larry Jones
**Case Number:** 23-2557
**Document(s):** Document(s)

**Docket Text:**
ORDER: A preliminary review of the record on appeal reveals that the notice of appeal filed on August 4, 2023 is not signed by the defendant-appellant Larry Jones or his counsel. The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention. Fed. R. App. P. 11(a). This oversight may be corrected by either Larry Jones, or an attorney on his behalf, promptly signing the paper on file or by submitting a duplicate that contains the signature. Becker v. Montgomery, 121 S. Ct. 1801, 1806 (2001); see also Lewis v. Lenc-Smith Mfg. Co., 784 F.2d 829 (7th Cir. 1986). IT IS ORDERED that counsel Phillip A. Turner must file, no later than August 25, 2023, a status report indicating whether Larry Jones, or an attorney on his behalf, has signed the notice of appeal. The Clerk of the Court of Appeals is directed to transmit a copy of this order to defendant-appellant Larry Jones. Briefing remains SUSPENDED pending further court order. DW. [4] [7330324] [23-2557] (AP)

**Notice will be electronically mailed to:**

Jimmy L. Arce, Attorney
Mr. Phillip A. Turner, Attorney


**Notice will not be electronically mailed to:**

Larry Jones
#55044-424
METROPOLITAN CORRECTIONAL CENTER
71 W. Van Buren Street
Chicago, IL 60605-0000

The following document(s) are associated with this transaction:
**Document Description:** Status Report order filed
**Original Filename:** 23-2557.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105395651 [Date=08/17/2023] [FileNumber=7330324-0]
[6569f5c0dfbc75f14b34d8ee9f2a3826d4dc92a50e069702517546ba88504b90691d7628c710342ac63210fa22930691ce48439cf29d32a746dffa926dadb727]]

CJA 23  
Rev. 11/11

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

IN THE UNITED STATES ☑ DISTRICT COURT ☑ COURT OF APPEALS ☐ OTHER (Specify below)

IN THE CASE OF

United States v. Larry Jones

FOR: ND Illinois and Seventh Circuit Court of Appeals
AT: Chicago

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)
Larry Jones

1 ☑ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☑ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
5 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

DOCKET NUMBERS
Magistrate Judge

District Court
20 CR 00309-1

Court of Appeals
23-2557

CHARGE/OFFENSE (describe if applicable & check box →)
21 U.S.C. 846 and 18 U.S.C. 1956(a)(3)(A)

☑ Felony
☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**

Are you now employed? ☐ Yes ☑ No ☐ Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment? _____
How much did you earn per month? $ _____

If married, is your spouse employed? ☐ Yes ☐ No
IF YES, how much does your spouse earn per month? $ _____
If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No

RECEIVED / SOURCES
IF YES, give the amount received and identify the sources $ _____

**CASH**

Do you have any cash on hand or money in savings or checking accounts? ☐ Yes ☐ No IF YES, total amount? $ _____

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No

VALUE / DESCRIPTION
IF YES, give value and description for each $ _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
___ Single
___ Married
___ Widowed
___ Separated or Divorced

Total No. of Dependents ___

List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
(Rent, utilities, loans, charge accounts, etc.)

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.

*Larry Jones* (signature)

SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED)

Date _____

Case: 1:20-cr-00309 Document #: 210 Filed: 08/04/23 Page 1 of 1 PageID #:1165



United States District Court
for the Northern District of Illinois

| | |
|---|---|
| United States, Plaintiff | Docket Number 1:20-cr-00309-1 |
| v. | |
| Larry Jones, Defendant | The Honorable Virginia M. Kendall, Judge Presiding |

### Notice of Appeal

Larry Jones hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered on July 26, 2023, sentencing him to 188 months of incarceration. (Docket No. 206, 207).

DATED: August 2, 2023

Respectfully submitted,

/s/ Larry Jones



PAID
RECEIPT # 4624289439

AUG 04 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1