UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, CHICAGO DIVISION

| United States, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 1:20-cr-00309-1 |
| | ) | |
| Larry Jones, | ) | Honorable Virginia M. Kendall, |
| | ) | Judge Presiding |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO OBTAIN CERTAIN PORTIONS OF THE RECORD MAINTAINED UNDER SEAL**

NOW COMES Defendant, LARRY JONES, by his attorneys, LOEVY & LOEVY, and respectfully file this Motion to Obtain Certain Portions of the Record Maintained Under Seal. In support, Defendant states as follows:

1. On November 17, 2023, Debra Loevy, of LOEVY & LOEVY, filed her appearance in this matter for the purpose of representing Mr. Jones in his appeal. Dkt. 223.

2. On November 27, 2023, Defendant filed an amended Notice of Appeal. Dkt. 227.

3. In preparation for reviewing the record, Counsel for Defendant identified several docket entries that are maintained under seal and will be necessary for a fulsome review.

4. The docket entries that counsel requests leave to obtain are as follows:

| Date | Docket No. | Description |
| --- | --- | --- |
| 6/24/2020 | 5 | Bench Warrant |
| 7/2/2020 | 22 | Recognizance Bond |
| 7/2/2020 | 23 | Order |
| 7/15/2020 | 28 | Pretrial Bail Report |
| 2/22/2021 | 59 | Pretrial Status Report |
| 9/30/2021 | 109 | Pretrial Status Report |

| Date | Docket No. | Description |
|---|---|---|
| 3/15/2023 | 180 | Presentence Investigation Report |
| 7/24/2023 | 203 | Presentence Investigation Report (Corrected) |
| 7/25/2023 | 207 | Statement of Reasons as to Larry Jones |

WHEREFORE, Defendant, LARRY JONES, thus respectfully requests leave to obtain certain portions of the record maintained under seal.

RESPECTFULLY SUBMITTED,

/s/ Debra Loevy
*Attorney for Defendant*

Debra Loevy
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900
Fax: (312) 243-5902

**CERTIFICATE OF SERVICE**

    I, Debra Loevy, an attorney, hereby certify that on January 31, 2024, I filed the foregoing motion via the Court's CM/ECF System and thereby served a copy on all counsel of record.

/s/ Debra Loevy